# Purpura & Purpura
Attorneys at Law
The Bonaparte Building
8 East Mulberry Street

William B. Purpura *     Baltimore, Maryland 21202-2105     Fax: (410)576-9351
Christopher J. Purpura

(410)727-8550

* Admitted in MD, CA &
   US District Ct., DC

October 6, 2010

Mr. James G. Warwick
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201

> Re: United States v. Balraj Naidu
> Criminal Docket No.: CCB-08-0091

Dear Mr. Warwick:

The defense hereby provides notice of the following expert witness: Mr. Bruce E. Fein.

The defense will seek to qualify Mr. Fein as an expert witness on Sri Lanka, the Tamil Tigers (LTTE), genocide in Sri Lanka, ethnic civil war in Sri Lanka, and international law. In particular, the defense will elicit testimony from Mr. Fein on the following subjects:

a. The origins, history, and existence of the civil war in Sri Lanka between the Tamil Tigers (LTTE) in the Northeast Provence and the Colombo government of Sri Lankan.
b. The genocide, destruction of businesses, and systematic discrimination committed by the Colombo government of Sri Lanka against the Tamil Tigers (LTTE) population.
c. The acts of war committed by both parties in the civil war from 1983 through 2008 in Sri Lanka.
d. The cease-fire agreement negotiated between the Tamil Tigers (LTTE) and the Colombo government of Sri Lanka.
e. The existence of an ethnic civil war in Sri Lanka between the Tamil Tigers (LTTE) and the Colombo government of Sri Lanka.

      f.  The existence of a de facto government in the Northeast Provence of Sri Lanka with particular geographic boundaries, language, educational system, postal system, relations with other governments, and other factors.
      g.  The historical background of Sri Lanka, including the ethnic and political conflicts within its borders.
      h.  The difference between acts of terror and war crimes.
      i.  The fundamentals of international law, in particular the definition of a state in international law.

Please see attached enclosures for Mr. Fein's Curriculum Vitae as well as the evidentiary basis for his expert testimony.

Sincerely,

_____/s/_____

William B. Purpura
8 E. Mulberry Street
Baltimore, MD 21202
410-727-8550

Enclosures
cc: Clerk of Court (By ECF)