1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MARYLAND

3

4    UNITED STATES OF AMERICA

5        VS.                    CRIMINAL NO. CCB-08-0091

6    BALRAJ NAIDU

7             DEFENDANT

8                              Baltimore, Maryland

9                              July 9, 2010

10

11       The above-entitled case came on for a motions

12   hearing before the Honorable Catherine C. Blake,

13   United States District Judge

14

15

                    A P P E A R A N C E S

16

17

18

     For the Government:
19
           James G. Warwick, Esquire
20

21

     For the Defendant:
22
           William B. Purpura, Jr., Esquire
23

24

25   Gail A. Simpkins, RPR
     Official Court Reporter

1          P R O C E E D I N G S

2          MR. WARWICK:  May I call the case, Your Honor?

3          THE COURT:  Sure.

4          MR. WARWICK:  Your Honor, this is the matter of

5    the United States of America versus Balraj Naidu.  The

6    Criminal Number is CCB-08-091.  The matter is before

7    the Court this morning for a hearing on the defense

8    motion to dismiss Counts 2 and 6 of the indictment.

9          THE COURT:  All right.  Thank you.

10         Good morning.

11         MR. PURPURA:  Your Honor, good morning, William

12   Purpura on behalf of Balraj Naidu.  Mr. Naidu is

13   present.

14         THE DEFENDANT:  Good morning.

15         MR. PURPURA:  Your Honor, also listed I believe

16   for this morning was a motion to suppress custodial

17   statements.  That motion is obviously a very brief

18   motion.  It's prophylactic in nature.  We're not sure

19   if there is going to an issue.  Rather than bring

20   witnesses from Singapore today, with the Court's

21   permission, we will hold that off until and if there

22   is a trial in October.

23         THE COURT:  Okay.  That makes sense to me.

24         MR. PURPURA:  This is just oral argument.  It

25   shouldn't be too lengthy.  Since it is my motion, does

1    the Court want to hear from me briefly?

2         THE COURT:  I think that's probably a good idea.

3    Now my understanding is that Counts 2 and 6 are the

4    only ones here.  Those are the only ones that your

5    client was extradited on.

6         MR. PURPURA:  That is correct.

7         MR. WARWICK:  That is correct.

8         THE COURT:  Count 2 being the conspiracy to

9    provide material support and resources, and Count 6

10   being possession of firearms.

11        I did read the motions obviously.  Obviously

12   you're not contesting that Congress has said that

13   2339B should have extraterritorial application, but

14   you don't think that your client fits into C or D or E

15   as a matter of due process essentially?

16        MR. PURPURA:  That is correct.  Actually, I

17   think we labeled that as -- one second, please, C, D

18   and E.

19        Actually, in the motion, in our papers we said

20   D, E and F, but it should be C, D and E, as the Court

21   just indicated.

22        That is correct.  We said, and we argued that he

23   should not fit into that as well.  We argued that.

24        Did the Court want to go through anything

25   further?

1            THE COURT:  No.  You go ahead.

2            MR. PURPURA:  Judge, for all the argument that

3     we set forth, and a lot of the due process argument,

4     perhaps it would be better raised as a Rule 29, when

5     the evidence is before the Court.  So at this point

6     here, for the purpose of this motion, all the facts

7     asserted in the indictment we must consider as proven.

8            In addition, we have no objection -- I'm not

9     sure if the government submitted the affidavit by the

10    case agent, but I will make that an exhibit motion,

11    and we will assume for the purpose of this argument

12    here that all the facts in that are accurate as well,

13    which gives the Court a better factual background to

14    work with.

15           THE COURT:  All right.  That would be helpful.

16    I don't think anyone has given me --

17           MR. WARWICK:  If I may ask, is that the

18    extradition affidavit?

19           MR. PURPURA:  Yes, it is.

20           MR. WARWICK:  Your Honor, the response filed by

21    the United States is just utilizing the allegations

22    contained in the indictment, and that's because of the

23    standard of a motion to dismiss.

24           But we can certainly -- I have no objection to

25    the extradition affidavit by Agent Burgess being part

1    of the record.

2        MR. PURPURA:  Thank you.  We will offer this as

3    a joint exhibit for the purposes of the motion.

4        If I could approach?

5        THE COURT:  Okay.

6        MR. PURPURA:  It is the Affidavit in Support of

7    Request for Extradition of Balraj Naidu.  It is by

8    Agent John Burgess.

9        THE COURT:  Thank you.

10        (Joint Motion Exhibit Number 1 was received.)

11        MR. PURPURA:  Just to briefly outline the facts

12    as they are set forth in the affidavit, as well as the

13    indictment itself, the starting person would be, at

14    least in my estimation, a Mr. Santhirajah, and he is

15    the person who is still pending extradition from

16    Australia.  He allegedly, according to the indictment

17    and the affidavit, is attempting to obtain weapons for

18    LTTE, the Tamil Tigers from Sri Lanka.

19        His first contact in the indictment is a Haniffa

20    Bin Osman, who the Court is familiar with, who has

21    pled guilty in this court before.  As Bin Osman

22    indicated in his guilty plea, as well as in the

23    affidavit the Court has before it, he was contacted by

24    Mr. Santhirajah first to obtain materials for his

25    hotel, such as cleaning materials, because he had a

1   cleaning business.  From cleaning materials, Bin Osman

2   was asked if he could get computers, and he obtained

3   computers, and from computers, he was then asked if he

4   could obtain weapons for the Tamil Tigers, and he said

5   I'll see what I can do.

6        He then, and we're not really sure how the

7   contact occurs, but sometime in 2006, he has contact

8   with Balraj Naidu, who is present here.  There is a

9   meeting February 9th of 2006 allegedly in Malaysia

10  between the parties, and the discussion is we're going

11  to obtain weapons for LTTE at that time.

12       From that point, February 9, 2006, there is a

13  series of attempts by Mr. Naidu, according to the

14  indictment, as well as the affidavit, to obtain these

15  weapons.  His contact is with China, Hong Kong, and

16  Indonesia.  It is not with the United States.

17       He is fruitless, Mr. Naidu, in his attempts to

18  obtain weapons, to act as a middle for these attempts

19  for weapons.

20       Then sometime in April of 2006, Mr. Haniffa Bin

21  Osman becomes somewhat frustrated, we can only assume,

22  and he seeks the services of someone else, and that

23  someone else is Haji Subandi, S U B A N D I.  We know

24  that because on April 27th of 2006, Mr. Subandi then

25  makes the first e-mail attempt, which is listed in the

1      affidavit, to the United States.

2           The contact in the United States is an

3      undercover federal agency, and it is operated by a --

4      the name given at that time is David Austin.  What's

5      important to note is that David Austin had contact

6      with Mr. Subandi all the way back to March of 2004.

7      So there has been contact from the United States with

8      Subandi which precedes this, nothing to do with Naidu

9      whatsoever.  Naidu is fruitless in anything he

10     attempted to do.

11          What then continues is a lengthy series of

12     e-mails between, mainly between Subandi and the United

13     States contact in an attempt to negotiate for these

14     arms, and that's finally culminated September 28,

15     2006, when there's a wire transfer, and September 29th

16     of 2006, when there are arrests of various gentlemen

17     in Guam.

18          Now what's important to note is that Naidu

19     doesn't come to the United States, is really, although

20     he is mentioned in these e-mails, there is nothing of

21     substance that has his involvement in any of these

22     transactions during this period of time.  At best, at

23     best, he is a tagalong during this period of time,

24     with the hope that he is going to get some sort of

25     commission if this deal is consummated eventually, and

1    that's why he's there.

2         THE COURT:  The allegation in the indictment is

3    that on July 24th, he drove Mr. Bin Osman to the

4    airport in Singapore for a flight to the U.S. --

5         MR. PURPURA:  He does.

6         THE COURT:  -- knowing that Bin Osman was going,

7    and allegedly staying in touch with the negotiations

8    by text message into the United States.

9         MR. PURPURA:  I see that in the indictment, and

10    I don't doubt, since we did speak to Mr. Bin Osman,

11    that he will testify to that, and that will be a fact.

12         Again, there's nothing -- again, he drives him

13    to the airport, but again, there's nothing of

14    substance that he does.  He acts as a cab at that

15    point.  He's not negotiating.  He's not doing anything

16    as far as to facilitate the contact with the United

17    States, except staying in contact for what he hopes to

18    be some money for the work that he did with his

19    contact with China, Hong Kong and Indonesia, his very

20    unsuccessful contact.  All the time he remains in

21    Singapore during this period of time here, without any

22    travel to the United States.

23         That's basically the factual background.  I

24    understand what we have.  What we are suggesting,

25    number one, on the due process issue, why the

1    extraterritorial jurisdiction should not apply in this

2    case, we suggest that it is tainted by the conduct of

3    the United States and the agents.

4         Here, the only way the United States gets

5    brought in is because of the prior March 2004 contact

6    with this David Austin, the undercover agent for the

7    United States, and Haji Subandi.

8         THE COURT:  But I guess I don't see how that

9    taints it.  I mean what's the difference between this

10   and sort of an ordinary sting operation, the

11   government saying hi, we're here to sell you something

12   illegal, would you like to buy something, and people,

13   Mr. Subandi says okay, I'll take advantage of that?

14        MR. PURPURA:  You know, at this point, based on

15   the face of the indictment, what we have here, I

16   understand the Court's rationale on that completely.

17   I'm not sure of the context between the relationship

18   or how that relationship became between the United

19   States and Mr. Subandi.  I'm not sure of that.  That

20   may be an issue, and that may or may not be fleshed

21   out during the trial.  But I completely understand the

22   Court's position on that.  I'm not sure of the scope

23   of the relationship or how Subandi became to deal with

24   the United States.

25        But I guess the simple point on this, as well as

1    the second part of the argument, which is even if

2    jurisdiction is granted, the conduct of Mr. Naidu is

3    so minimal that it would be difficult for him to

4    reasonably anticipate being haled into a court in the

5    United States based on the conduct of others.

6         THE COURT:  But again, just going on the

7    indictment, if he is allegedly part of a conspiracy

8    that knows that it is attempting to purchase weapons

9    from the United States, isn't that enough?

10        I mean a lot of the cases deal the other way

11   because it is drugs being imported into the United

12   States, something coming in, and that's clearly

13   enough.

14        I guess I'm not sure why if the object is to get

15   a whole bunch of weapons from a whole bunch of U.S.

16   manufacturers, which is what's in the indictment, and

17   ship it someplace, why you wouldn't think you might be

18   doing business with the United States, sufficiently to

19   be haled into that jurisdiction.

20        MR. PURPURA:  I understand the Court's argument,

21   and we presented it based on the indictment.  So

22   whether the evidence will be any different at the time

23   of trial, I don't know.  But in essence, that would be

24   the argument on that issue itself.

25        THE COURT:  Yeah.  Now tell me about the 924(c).

1          MR. PURPURA:  That, hopefully, I think that was

2     the argument that I think is of particular interest

3     here.  I think it's a completely different argument

4     than what we just presented here.  This argument was

5     presented to preserve whatever record we could

6     possibly have, and we have done that in this case.

7          THE COURT:  Sure.

8          MR. PURPURA:  When we first looked at the

9     indictment, without doing any research, and there's

10    very limited research on this issue, it just seemed to

11    me from the basic reading of the enhancement

12    provision -- we know what 924(c) is -- it seems that

13    Congress intended it as a punishment in addition to

14    the crime itself, because you have enhanced the crime

15    when you are using a weapon in furtherance of the

16    crime.  Logically, that just makes sense.

17         The simple example is in a bank robbery, you go

18    in and you commit a bank robbery and it's a particular

19    crime.  You commit a bank robbery with a gun, and it

20    is enhanced under 924(c).  If you rob a second bank,

21    the penalties increase there from five, the mandatory

22    minimum, to 25, and etcetera.

23         That just makes sense because you are taking the

24    substantive crime and you are enhancing it.  You are

25    enhancing the danger of the crime itself because

1     you're adding the element of the weapon.

2          The same thing with a narcotics transaction.

3     You can have a conspiracy, as in here, a conspiracy to

4     distribute narcotics.  What enhances the danger of the

5     conspiracy to distribute the narcotics is the use of

6     the gun and I think, which is the key, especially in

7     the narcotics realm is in furtherance of.

8          As the Court in Bailey indicated, furtherance is

9     a very important element.  It's not just the

10    possession of it.  It has got to be in furtherance of

11    it.

12         So if you set aside multiplicitous, and I

13    incorrectly said duplicitous, which I agree, and you

14    really look at the plain language of 924(c), it

15    simply, it simply means that it has to embolden, or it

16    is there to protect the people who are committing the

17    crime.  It must be in furtherance, and it has to

18    enhance the crime itself.

19         I don't see it here.  What this crime here is,

20    and it is obviously a very serious crime, but the

21    crime here is the supplying material support.  What

22    the material support is in this particular case is

23    weapons that at this level, in the indictment and in

24    the affidavit, and anything so far that has been

25    disclosed, there is nothing at all to indicate that

1          the crime was enhanced by using a weapon in

2          furtherance of that conspiracy, which is --

3                    THE COURT:  Or possessing, or possessing.

4                    MR. PURPURA:  Right.

5                    THE COURT:  We're not talking using, right?  We

6          are talking about possession in terms of six.

7                    MR. PURPURA:  Possession in furtherance.

8                    THE COURT:  The factual underlying part of this,

9          also I want to make sure I understand, the date

10         alleged is September 26th of 2006.  So my

11         understanding is that's when certain people meet in

12         Guam --

13                   MR. PURPURA:  Correct.

14                   THE COURT:  -- to look at weapons which might be

15         purchased.

16                   MR. PURPURA:  Actually, you don't have this

17         information before you now, but I have no problem

18         fleshing this out, because it's important.

19                   You can assume for the purpose of this hearing

20         that when Bin Osman came to the United States, he

21         tested weapons.  He actually possessed the weapon.  He

22         tested the weapon, and weapons were actually tested

23         and possessed by him at that time.  That was sometime

24         I believe in April of 2006.

25                   THE COURT:  But Count 6 --

1          MR. PURPURA:  Summer of 2006.  Excuse me.

2          THE COURT:  I'm sorry.  Count 6 only relates to

3     the September 26th transaction as far as I can see.

4          MR. PURPURA:  Let me take a quick look.

5          MR. WARWICK:  That is correct, Your Honor.

6          THE COURT:  I don't see Mr. -- let's just

7     interrupt for a minute.

8          What is the theory of Mr. Naidu's possessing

9     firearms on September 26th?

10          MR. WARWICK:  It's a Pinkerton application, Your

11     Honor, because the conspiracy to provide material

12     support for the terrorist organization is the

13     underlying crime of violence.  The case law is clear

14     that a conspiracy can support a 924(c) charge.

15          THE COURT:  Well, a conspiracy can be the

16     underlying crime of violence.

17          MR. WARWICK:  It is.  On that particular date in

18     September of 2006, there was a meeting in Guam, and

19     that was different from the test-firing of the weapons

20     in Maryland.

21          THE COURT:  Right.

22          MR. WARWICK:  Test-firing of the weapons is part

23     of the negotiation process.  After the weapons were

24     tested, and reports made back to the Tamil

25     representatives, then the purchase authorizations were

1    approved.  In August of 2006, there was a first wire

2    transfer of over 400,000.

3         Then in Guam, after the weapons were physically

4    present in Guam, they were inspected.  They were

5    broken down by Mr. Varatharasa and others.  Mr. Naidu

6    was still part of the conspiracy.  He still stood to

7    physically, I'm sorry, to financially profit from the

8    arms deal, because he was to share a commission with

9    Mr. Bin Osman and with others for setting up this

10   deal.

11        THE COURT:  So you are saying Mr. Naidu would be

12   liable under the Pinkerton theory --

13        MR. WARWICK:  That is correct.

14        THE COURT:  -- for Mr. Varatharasa's inspection

15   of the guns?

16        MR. WARWICK:  Right.  There were a number of

17   co-conspirators on Guam at that time.  Inspecting the

18   weapons were Bin Osman and Varatharasa.

19        Varatharasa, that was his specialty.  He was

20   sent specifically by the Tamil Tigers for the purpose

21   of inspecting the weapons.  He broke the weapons down.

22   It's all on videotape.  He inspected the weapons, made

23   certain complaints concerning aspects of the weaponry

24   as not being completely new as ordered.  They had been

25   refurbished, things like that.

1          THE COURT:  Those weapons were the -- well, I

2     guess a couple things.

3          In terms of possession, you would be relying on

4     through Pinkerton.

5          MR. WARWICK:  That's correct.

6          THE COURT:  -- the actual physical possession,

7     the fact that Mr. Bin Osman had his hands on the

8     weapons?

9          MR. WARWICK:  Yes.

10         THE COURT:  They were not taken into, other than

11    that, I mean they were not taken into the dominion and

12    control of the conspiracy, right?

13         MR. WARWICK:  They were in a warehouse and where

14    they were handled, inspected.  The second part of the

15    payment was wired, and at that point the guns, as per

16    the intent of the co-conspirators, were to be loaded,

17    transferred from the warehouse to a ship that ICE had

18    arranged as kind of a sham or a screen to create the

19    illusion that there would actually be a transfer.

20         Then when the last co-conspirator arrived on

21    Guam, and that would have been Mr. Wotulo -- the Court

22    may recall, he was the one who had calculated the

23    route through Indonesian waters, and he was also again

24    part of the conspiracy in the acquisition process.

25         Once he came in, the weapons were to be loaded

that day or transferred to the ship, but everyone was arrested.

So the possessory aspect was that they were going through all the weapons, and they were testing the weapons for their efficacy.

THE COURT: Okay. Thank you.

MR. PURPURA: Judge, I did not raise the possessory issue, but the Court has on its own, and I think it's an important issue here.

As we fleshed out the facts a little more, the weapons actually never become in the dominion and control of any of the co-conspirators. At best, they are being monitored by government agents as they take a look at the weapons and see if they are workable. But that's on the possessory issue as well, the argument which I posed, and I think that's a very good argument.

THE COURT: You've got a separate argument, right, the furtherance.

MR. PURPURA: Exactly. Whether you possess or use, it's not in furtherance. It is the conspiracy itself, the weapons here.

Obviously you can, if it's a conspiracy to interdict an arms shipment within the United States, and you use a weapon to embolden or enhance or just

1    possess a weapon to embolden or enhance that

2    conspiracy, then the 924(c) would be applicable, and

3    that's clearly the intent of Congress itself.

4         But if no weapon is used, because the shipment

5    is guns, I don't believe again that the 924(c)

6    applies, because it doesn't enhance, embolden.  It's

7    not used or possessed to further the conspiracy.

8         As I pointed out as well, in the statute itself,

9    it really doesn't seem to make sense.  That 2339B,

10   some of the substances which are outlined obviously

11   are weapons, but also lethal substances, lethal gases

12   and explosives, and there's no punishment in 924(c).

13   There's no enhancement for those.

14        The enhancement in the statute itself in 2339B

15   is that if death occurs, it can be any period of

16   incarceration increased from 15 up to life itself.

17        So under the plain reading of 924(c), in

18   combination of 18 U.S.C. 2339B, the application of the

19   enhancement just should not apply, in addition to the

20   Court's argument or the Court's issue which was

21   raised, as far as actual possession on the date

22   charged in the indictment, that it was not possession

23   in the true sense because it was never dominion and

24   control.  It was at best just to look at the guns

25   itself to inspect them.  There was no transfer of

1       dominion and control to any of the co-defendants in

2       this particular case.

3              THE COURT:  Okay.

4              MR. PURPURA:  Thank you.

5              THE COURT:  Thank you.

6              MR. WARWICK:  Your Honor, briefly, as far as the

7       924 issue, the possession need only be to further,

8       advance or help forward a crime of violence, and the

9       physical inspection, the breaking down of the

10      components of these weapons, even though in the

11      presence of the agents, certainly constituted

12      possession in furtherance, because it did advance the

13      purchase and the purpose of the conspiracy.

14             THE COURT:  I don't see how you distinguish

15      between the possession of the weapons as just the

16      ultimate goal of the conspiracy and the in furtherance

17      part.

18             When I think of a 924(c), here's conspiracy

19      number one, and it has got its objective, which the

20      common one is to rob the store, and you are possessing

21      a firearm here in furtherance of it, or you're dealing

22      drugs out of your apartment and your gun is sitting

23      over here.  So the possession of the gun furthers it

24      because it emboldens you or protects the drugs or what

25      have you.

1        Here, it just seems to me it's the same thing.

2    I am having trouble understanding the distinction

3    between providing material support, i.e., firearms,

4    and possessing the firearms.

5        MR. WARWICK:  Well, the possession of the

6    firearms were by Bin Osman and Varatharasa on behalf

7    of the conspiracy.  They inspected them.

8        The key test is not whether or not the

9    government agents were present, and the key is not

10   whether or not the guns were ever going to be allowed

11   to be loaded on that ship and transferred to Sri

12   Lanka.

13       THE COURT:  Right.

14       MR. WARWICK:  The key aspect is the state of

15   mind of the co-conspirators and whether, as a factual

16   basis, their possession of these firearms, even though

17   temporary, advanced or forwarded, or was in

18   furtherance of the intended transfer of these weapons

19   to the LTTE.  I think the facts will show that it was

20   the case that their state of mind, they were there to

21   inspect --

22       THE COURT:  Are you saying that any 2339B that

23   involves weapons automatically includes a 924(c)?

24       MR. WARWICK:  That is correct.  As long as the

25   weapons were at sometime possessed or used, that would

1     qualify.

2          THE COURT:  Well, they are going to have to be

3     possessed.

4          MR. WARWICK:  Oh, no.

5          THE COURT:  It's going to be an object at least.

6     The object would be to possess them.

7          MR. WARWICK:  They don't necessarily have to be

8     possessed.  For instance, there have been cases where

9     the agreements or the conspiratorial crime itself has

10    involved attempts to purchase surface-to-air-missiles

11    for a third party country, and there have been money

12    transfers and other exchange of weapon, specific

13    information.  That would constitute the conspiracy.

14    But because there wasn't any actual transfer, whether

15    temporary or permanent transfer of the weaponry, you

16    would have only the conspiracy and not the 924(c).

17         But because this is different, because there was

18    a temporary possession of these weapons by Bin Osman

19    and Varatharasa, I think under the standards of the

20    motion to dismiss, it does on its face state a crime.

21         THE COURT:  I mean there may be an issue about

22    procedurally where we are, comparing the language of

23    the indictment to what I think the facts are.  You

24    sort of alluded to this at the beginning.  I mean I

25    may have a Rule 29 issue.

1          MR. WARWICK:  Candidly, Your Honor, Mr.

2     Purpura's argument is more appropriate in terms of a

3     Rule 29 application than it is to a motion to dismiss,

4     because the standard is certainly different.  I do

5     expect that the evidence will establish through the

6     witnesses the specific reason for the possession of

7     the weapons, albeit temporary, but it would constitute

8     that crime.

9          MR. PURPURA:  Judge, if I may.  Assume that

10    there was possession just for this, and I don't

11    believe there was, but assume for this purpose there

12    was possession.  Still, I think the key of the other

13    key argument which I'm making is, and that the Court

14    obviously picked up on, is it is not in furtherance of

15    the conspiracy.  It is part of the conspiracy itself.

16         If the government has any factual allegation now

17    that they can present, then I'll concede that I will

18    deem it was proven for part of this motion if at any

19    time a weapon was used, and the common intent of

20    924(c) that Congress intended, to further the object

21    of the conspiracy itself, and not being the object of

22    the conspiracy, which was the possession.

23         THE COURT:  As I understand his argument at the

24    moment, it is that even though this would presumably

25    still be sort of an overt act in the conspiracy, isn't

1    it, even though it's an overt act, certainly it's an

2    action taken in furtherance of the conspiracy.  You've

3    got to test your weapons.

4        That the fact of doing that, physically

5    possessing the weapons and testing them is in

6    furtherance of the ultimate aim of getting these same

7    weapons into the hands of the foreign terrorists.

8        Simply looking at the indictment, and again, I'm

9    coming back to my procedural problem, it could be that

10   the facts supported something that you and I might

11   agree was in furtherance.  If they went to inspect the

12   weapons that were the object of the conspiracy, and

13   they brought with them their machine gun to protect

14   themselves, that's a different situation.

15       MR. PURPURA:  We agree.  That seems to be --

16       THE COURT:  If all I have in front of me is the

17   indictment, we come back to this.  I don't know.  We

18   at least have, we certainly have -- what I understand

19   to be the factual proffer from the government is what

20   they've just made and perhaps what's in this

21   affidavit.

22       MR. WARWICK:  That is correct, Your Honor.  As I

23   said, what I said by way of proffer as far as the

24   state of mind of Mr. Varatharasa and Mr. Bin Osman,

25   when they inspected those weapons, the government

1    contends that that is the possession in furtherance.

2    Even though it was temporary possession, it was

3    certainly an overt act in furtherance of the

4    conspiracy, but it also constitutes a separate crime.

5    It is certainly not a multiplicitous crime because it

6    has different elements than the conspiracy count set

7    forth in Count 2.

8            THE COURT:  This is an interesting question.

9            MR. PURPURA:  It's also a very important

10   question because the enhancement here is 30 years

11   consecutive time if in fact it was machine guns, which

12   I believe they probably can use, on top of the 15

13   years.  So it's a life sentence versus a sentence

14   under the Guidelines even if he goes to trial and is

15   found guilty, which could be in the five to seven year

16   range.  So it's a very important question.

17           That's why the 924(c) enhancement is used to

18   punish those who merely use those weapons to further

19   the object.  That's why it really doesn't makes sense.

20   If Congress intended that, they would have put that in

21   this particular statute, and they didn't.

22           Counsel, Mr. Warwick mentioned the

23   surface-to-air-missile.  That wouldn't be a 924(c).

24   The surface-to-air-missiles, there would be no

25   enhancement.  That just doesn't make sense.

1          If they would have bought lethal gas, which

2     could destroy an entire country, there would be no

3     enhancement, even if they picked it up and test it

4     chemically.

5          You never use the rule of lenity, and here, you

6     probably should use the rule of lenity because if

7     you're going to construe the statute, it should be

8     construed favorably to the defendant.  924(c) is just

9     not designed for this type of offense, and there's no

10    case law.  There's nothing on it.

11         THE COURT:  No.  I was hoping you all might have

12    given me more than what seems to be out there.

13         MR. WARWICK:  Your Honor, I can certainly go

14    back and see what else is out there, but I disagree

15    with what Mr. Purpura has just said.

16         The penalties involved here certainly are stiff.

17    But if we are talking equities, we're also talking

18    almost a million dollars worth of sophisticated

19    weaponry that were intended to kill many, many other

20    people.

21         But one of the things I brought to Mr. Purpura's

22    attention, and I would like to bring to the Court's

23    attention, is that in May of this year, the Supreme

24    Court decided the matter of U.S. versus O'Brien.

25    Essentially the Supreme Court resolved a slit among

1    the Circuits concerning the enhancements under 924(c),

2    specifically the machine gun enhancement.

3         Certainly under the holding of that case,

4    whether or not a machine gun is involved is not a

5    question to be resolved by the Court at sentencing.

6    It's a jury question.

7         I'm awaiting guidance from the Department as to

8    whether or not, in the Department's assessment of

9    O'Brien, that fact has to be pleaded in the indictment

10   as well.  If it does have to be pleaded, then I will

11   certainly advise Mr. Purpura of that, and I will

12   certainly also undertake discussions with the

13   Department as far as the appropriateness of it as

14   well.

15        But penalties in my view don't justify a

16   different interpretation of the statute or the law.

17   It's whether or not the elements are there on its face

18   at this point, and subject to Rule 29 constraints,

19   whether the government has proven those elements.

20        THE COURT:  Okay.  I need to think about all of

21   this a little bit longer, and I need to take short

22   recess.

23        Actually, if you all couple just hang out a

24   little bit and come back into chambers in about ten

25   minutes?

1          MR. WARWICK:  Very good, Your Honor.

2          MR. PURPURA:  Certainly.

3          THE COURT:  Thank you.

4          (The proceedings concluded.)

1                           INDEX

2     JOINT MOTION EXHIBIT 1                    5

1                    REPORTER'S CERTIFICATE

2          I hereby certify that the foregoing transcript in

3     the matter of United States of America vs. Balraj

4     Naidu, Defendant, Criminal Action No. CCB-08-0091,

5     before the Honorable Catherine C. Blake, United States

6     District Judge, on July 9, 2010 is true and accurate.

7

8                    _____

9                         Gail A. Simpkins

10                     Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

**1** [2] - 5:10, 28:2
**15** [2] - 18:16, 24:12
**18** [1] - 18:18

**2**

**2** [4] - 2:8, 3:3, 3:8, 24:7
**2004** [2] - 7:6, 9:5
**2006** [12] - 6:7, 6:9, 6:12, 6:20, 6:24, 7:15, 7:16, 13:10, 13:24, 14:1, 14:18, 15:1
**2010** [2] - 1:9, 29:6
**2339B** [5] - 3:13, 18:9, 18:14, 18:18, 20:22
**24th** [1] - 8:3
**25** [1] - 11:22
**26th** [3] - 13:10, 14:3, 14:9
**27th** [1] - 6:24
**28** [1] - 7:14
**29** [4] - 4:4, 21:25, 22:3, 26:18
**29th** [1] - 7:15

**3**

**30** [1] - 24:10

**4**

**400,000** [1] - 15:2

**5**

**5** [1] - 28:2

**6**

**6** [5] - 2:8, 3:3, 3:9, 13:25, 14:2

**9**

**9** [3] - 1:9, 6:12, 29:6
**924** [1] - 19:7
**924(c** [12] - 11:12, 12:14, 14:14, 18:2, 18:5, 18:17, 19:18, 20:23, 22:20, 24:17, 25:8, 26:1

**924(c)** [5] - 10:25, 11:20, 18:12, 21:16, 24:23
**9th** [1] - 6:9

**A**

**above-entitled** [1] - 1:11
**according** [2] - 5:16, 6:13
**accurate** [2] - 4:12, 29:6
**acquisition** [1] - 16:24
**act** [4] - 6:18, 22:25, 23:1, 24:3
**action** [1] - 23:2
**Action** [1] - 29:4
**acts** [1] - 8:14
**actual** [3] - 16:6, 18:21, 21:14
**adding** [1] - 12:1
**addition** [3] - 4:8, 11:13, 18:19
**advance** [2] - 19:8, 19:12
**advanced** [1] - 20:17
**advantage** [1] - 9:13
**advise** [1] - 26:11
**affidavit** [10] - 4:9, 4:18, 4:25, 5:12, 5:17, 5:23, 6:14, 7:1, 12:24, 23:21
**Affidavit** [1] - 5:6
**agency** [1] - 7:3
**agent** [2] - 4:10, 9:6
**Agent** [2] - 4:25, 5:8
**agents** [4] - 9:3, 17:13, 19:11, 20:9
**agree** [3] - 12:13, 23:11, 23:15
**agreements** [1] - 21:9
**ahead** [1] - 4:1
**aim** [1] - 23:6
**air** [3] - 21:10, 24:23, 24:24
**airport** [2] - 8:4, 8:13
**albeit** [1] - 22:7
**allegation** [2] - 8:2, 22:16
**allegations** [1] - 4:21
**alleged** [1] - 13:10
**allegedly** [4] - 5:16, 6:9, 8:7, 10:7
**allowed** [1] - 20:10
**alluded** [1] - 21:24
**almost** [1] - 25:18
**AMERICA** [1] - 1:4
**America** [2] - 2:5, 29:3

**anticipate** [1] - 10:4
**apartment** [1] - 19:22
**applicable** [1] - 18:2
**application** [4] - 3:13, 14:10, 18:18, 22:3
**applies** [1] - 18:6
**apply** [2] - 9:1, 18:19
**approach** [1] - 5:4
**appropriate** [1] - 22:2
**appropriateness** [1] - 26:13
**approved** [1] - 15:1
**April** [3] - 6:20, 6:24, 13:24
**argued** [2] - 3:22, 3:23
**argument** [17] - 2:24, 4:2, 4:3, 4:11, 10:1, 10:20, 10:24, 11:2, 11:3, 11:4, 17:16, 17:17, 17:18, 18:20, 22:2, 22:13, 22:23
**arms** [3] - 7:14, 15:8, 17:24
**arranged** [1] - 16:18
**arrested** [1] - 17:2
**arrests** [1] - 7:16
**arrived** [1] - 16:20
**aside** [1] - 12:12
**aspect** [2] - 17:3, 20:14
**aspects** [1] - 15:23
**asserted** [1] - 4:7
**assessment** [1] - 26:8
**assume** [5] - 4:11, 6:21, 13:19, 22:9, 22:11
**attempt** [2] - 6:25, 7:13
**attempted** [1] - 7:10
**attempting** [2] - 5:17, 10:8
**attempts** [4] - 6:13, 6:17, 6:18, 21:10
**attention** [2] - 25:22, 25:23
**August** [1] - 15:1
**Austin** [3] - 7:4, 7:5, 9:6
**Australia** [1] - 5:16
**authorizations** [1] - 14:25
**automatically** [1] - 20:23
**awaiting** [1] - 26:7

**B**

**background** [2] - 4:13, 8:23

**Bailey** [1] - 12:8
**BALRAJ** [1] - 1:6
**Balraj** [5] - 2:5, 2:12, 5:7, 6:8, 29:3
**Baltimore** [1] - 1:8
**bank** [4] - 11:17, 11:18, 11:19, 11:20
**based** [3] - 9:14, 10:5, 10:21
**basic** [1] - 11:11
**basis** [2] - 20:16
**became** [2] - 9:18, 9:23
**become** [1] - 17:11
**becomes** [1] - 6:21
**beginning** [1] - 26:3
**behalf** [2] - 2:12, 20:6
**best** [4] - 7:22, 7:23, 17:12, 18:24
**better** [2] - 4:4, 4:13
**between** [8] - 6:10, 7:12, 9:9, 9:17, 9:18, 19:15, 20:3
**Bin** [14] - 5:20, 5:21, 6:1, 6:20, 8:3, 8:6, 8:10, 13:20, 15:9, 15:18, 16:7, 20:6, 21:18, 23:24
**bit** [2] - 26:21, 26:24
**Blake** [2] - 1:12, 29:5
**bought** [1] - 25:1
**breaking** [1] - 19:9
**brief** [1] - 2:17
**briefly** [3] - 3:1, 5:11, 19:6
**bring** [2] - 2:19, 25:22
**broke** [1] - 15:21
**broken** [1] - 15:5
**brought** [3] - 9:5, 23:13, 25:21
**bunch** [2] - 10:15
**Burgess** [2] - 4:25, 5:8
**business** [2] - 6:1, 10:18
**buy** [1] - 9:12

**C**

**cab** [1] - 8:14
**calculated** [1] - 16:22
**candidly** [1] - 22:1
**case** [11] - 1:11, 2:2, 4:10, 9:2, 11:6, 12:22, 14:13, 19:2, 20:20, 25:10, 26:3
**cases** [2] - 10:10, 21:8
**Catherine** [2] - 1:12, 29:5
**CCB-08-0091** [2] - 1:5,

29:4
**CCB-08-091** [1] - 2:6
**certain** [2] - 13:11, 15:23
**certainly** [13] - 4:24, 19:11, 22:4, 23:1, 23:18, 24:3, 24:5, 25:13, 25:16, 26:3, 26:11, 26:12, 27:2
**CERTIFICATE** [1] - 29:1
**certify** [1] - 29:2
**chambers** [1] - 26:24
**charge** [1] - 14:14
**charged** [1] - 18:22
**chemically** [1] - 25:4
**China** [2] - 6:15, 8:19
**Circuits** [1] - 26:1
**cleaning** [2] - 5:25, 6:1
**clear** [1] - 14:13
**clearly** [2] - 10:12, 18:3
**client** [2] - 3:5, 3:14
**co** [2] - 15:17, 16:16, 16:20, 17:12, 19:1, 20:15
**co-conspirator** [1] - 16:20
**co-conspirators** [4] - 15:17, 16:16, 17:12, 20:15
**co-defendants** [1] - 19:1
**combination** [1] - 18:18
**coming** [2] - 10:12, 23:9
**commission** [2] - 7:25, 15:8
**commit** [2] - 11:18, 11:19
**committing** [1] - 12:16
**common** [2] - 19:20, 22:19
**comparing** [1] - 21:22
**complaints** [1] - 15:23
**completely** [4] - 9:16, 9:21, 11:3, 15:24
**components** [1] - 19:10
**computers** [3] - 6:2, 6:3
**concede** [1] - 22:17
**concerning** [2] - 15:23, 26:1
**concluded** [1] - 27:4
**conduct** [3] - 9:2, 10:2, 10:5
**Congress** [3] - 3:12,

11:13, 18:3, 22:20, 24:20
**consecutive** [1] - 24:11
**consider** [1] - 4:7
**conspiracy** [31] - 3:8, 10:7, 12:3, 12:5, 13:2, 14:11, 14:14, 14:15, 15:6, 16:12, 16:24, 17:21, 17:23, 18:2, 18:7, 19:13, 19:16, 19:18, 20:7, 21:13, 21:16, 22:15, 22:21, 22:22, 22:25, 23:2, 23:12, 24:4, 24:6
**conspirator** [1] - 16:20
**conspiratorial** [1] - 21:9
**conspirators** [4] - 15:17, 16:16, 17:12, 20:15
**constitute** [2] - 21:13, 22:7
**constituted** [1] - 19:11
**constitutes** [1] - 24:4
**constraints** [1] - 26:18
**construe** [1] - 25:7
**construed** [1] - 25:8
**consummated** [1] - 7:25
**contact** [13] - 5:19, 6:7, 6:15, 7:2, 7:5, 7:7, 7:13, 8:16, 8:17, 8:19, 8:20, 9:5
**contacted** [1] - 5:23
**contained** [1] - 4:22
**contends** [1] - 24:1
**contesting** [1] - 3:12
**context** [1] - 9:17
**continues** [1] - 7:11
**control** [4] - 16:12, 17:12, 18:24, 19:1
**correct** [10] - 3:6, 3:7, 3:16, 3:22, 13:13, 14:5, 15:13, 16:5, 20:24, 23:12
**counsel** [1] - 24:22
**count** [2] - 14:2, 24:6
**Count** [4] - 3:8, 3:9, 13:25, 24:7
**country** [2] - 21:11, 25:2
**Counts** [2] - 2:8, 3:3
**couple** [1] - 16:2, 26:23
**court** [2] - 5:21, 10:4
**COURT** [46] - 1:1, 2:3, 2:9, 2:23, 3:2, 3:8,

4:1, 4:15, 5:5, 5:9, 8:2, 8:6, 9:8, 10:6, 10:25, 11:7, 13:3, 13:5, 13:8, 13:14, 13:25, 14:2, 14:6, 14:15, 14:21, 15:11, 15:14, 16:1, 16:6, 16:10, 17:6, 17:18, 19:3, 19:5, 19:14, 20:13, 20:22, 21:2, 21:5, 21:21, 22:23, 23:16, 24:8, 25:11, 26:20, 27:3
**Court** [17] - 1:25, 2:7, 3:1, 3:20, 3:24, 4:5, 4:13, 5:20, 5:23, 12:8, 16:21, 17:8, 22:13, 25:24, 25:25, 26:5, 29:10
**Court's** [7] - 2:20, 9:16, 9:22, 10:20, 18:20, 25:22
**create** [1] - 16:18
**crime** [20] - 11:14, 11:16, 11:19, 11:24, 11:25, 12:17, 12:18, 12:19, 12:20, 12:21, 13:1, 14:13, 14:16, 19:8, 21:9, 21:20, 22:8, 24:4, 24:5
**CRIMINAL** [1] - 1:5
**Criminal** [2] - 2:6, 29:4
**culminated** [1] - 7:14
**custodial** [1] - 2:16

**D**

**danger** [2] - 11:25, 12:4
**date** [3] - 13:9, 14:17, 18:21
**David** [3] - 7:4, 7:5, 9:6
**deal** [5] - 7:25, 9:23, 10:10, 15:8, 15:10
**dealing** [1] - 19:21
**death** [1] - 18:15
**decided** [1] - 25:24
**deem** [1] - 22:18
**defendant** [1] - 25:8
**DEFENDANT** [2] - 1:7, 2:14
**Defendant** [2] - 1:21, 29:4
**defendants** [1] - 19:1
**defense** [1] - 2:7
**Department** [2] - 26:7, 26:13
**Department's** [1] -

26:8
**designed** [1] - 25:9
**destroy** [1] - 25:2
**difference** [1] - 9:9
**different** [8] - 10:22, 11:3, 14:19, 21:17, 22:4, 23:14, 24:6, 26:16
**difficult** [1] - 10:3
**disagree** [1] - 25:14
**disclosed** [1] - 12:25
**discussion** [1] - 6:10
**discussions** [1] - 26:12
**dismiss** [4] - 2:8, 4:23, 21:20, 22:3
**distinction** [1] - 20:2
**distinguish** [1] - 19:14
**distribute** [2] - 12:4, 12:5
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 1:13, 29:6
**dollars** [1] - 25:18
**dominion** [4] - 16:11, 17:11, 18:23, 19:1
**done** [1] - 11:6
**doubt** [1] - 8:10
**down** [3] - 15:5, 15:21, 19:9
**drives** [1] - 8:12
**drove** [1] - 8:3
**drugs** [3] - 10:11, 19:22, 19:24
**due** [3] - 3:15, 4:3, 8:25
**duplicitous** [1] - 12:13
**during** [4] - 7:22, 7:23, 8:21, 9:21

**E**

**e-mail** [1] - 6:25
**e-mails** [2] - 7:12, 7:20
**efficacy** [1] - 17:5
**element** [2] - 12:1, 12:9
**elements** [3] - 24:6, 26:17, 26:19
**embolden** [4] - 12:15, 17:25, 18:1, 18:6
**emboldens** [1] - 19:24
**enhance** [4] - 12:18, 17:25, 18:1, 18:6
**enhanced** [3] - 11:14, 11:20, 13:1
**enhancement** [9] - 11:11, 18:13, 18:14, 18:19, 24:10, 24:17, 24:25, 25:3, 26:2

**enhancements** [1] - 26:1
**enhances** [1] - 12:4
**enhancing** [2] - 11:24, 11:25
**entire** [1] - 25:2
**entitled** [1] - 1:11
**equities** [1] - 25:17
**especially** [1] - 12:6
**Esquire** [2] - 1:19, 1:22
**essence** [1] - 10:23
**essentially** [2] - 3:15, 25:25
**establish** [1] - 22:5
**estimation** [1] - 5:14
**etcetera** [1] - 11:22
**eventually** [1] - 7:25
**evidence** [3] - 4:5, 10:22, 22:5
**exactly** [1] - 17:20
**example** [1] - 11:17
**except** [1] - 8:17
**exchange** [1] - 21:12
**excuse** [1] - 14:1
**EXHIBIT** [1] - 28:2
**exhibit** [2] - 4:10, 5:3
**Exhibit** [1] - 5:10
**expect** [1] - 22:5
**explosives** [1] - 18:12
**extradited** [1] - 3:5
**extradition** [3] - 4:18, 4:25, 5:15
**Extradition** [1] - 5:7
**extraterritorial** [2] - 3:13, 9:1

**F**

**face** [3] - 9:15, 21:20, 26:17
**facilitate** [1] - 8:16
**fact** [5] - 8:11, 16:7, 23:4, 24:11, 26:9
**facts** [7] - 4:6, 4:12, 5:11, 17:10, 20:19, 21:23, 23:19
**factual** [6] - 4:13, 8:23, 13:8, 20:15, 22:16, 23:19
**familiar** [1] - 5:20
**far** [7] - 8:16, 12:24, 14:3, 18:21, 19:6, 23:23, 26:13
**favorably** [1] - 25:8
**February** [2] - 6:9, 6:12
**federal** [1] - 7:3
**filed** [1] - 4:20

**finally** [1] - 7:14
**financially** [1] - 15:7
**firearm** [1] - 19:21
**firearms** [6] - 3:10, 14:9, 20:3, 20:4, 20:6, 20:16
**firing** [1] - 14:19, 14:22
**first** [5] - 5:19, 5:24, 6:25, 11:8, 15:1
**fit** [1] - 3:23
**fits** [1] - 3:14
**five** [2] - 11:21, 24:15
**fleshed** [2] - 9:20, 17:10
**fleshing** [1] - 13:18
**flight** [1] - 8:4
**FOR** [1] - 1:2
**foregoing** [1] - 29:2
**foreign** [1] - 23:7
**forth** [4] - 4:3, 5:12, 24:7
**forward** [1] - 19:8
**forwarded** [1] - 20:17
**front** [1] - 23:16
**fruitless** [2] - 6:17, 7:9
**frustrated** [1] - 6:21
**furtherance** [19] - 11:15, 12:7, 12:8, 12:10, 12:17, 13:2, 13:7, 17:19, 17:21, 19:12, 19:16, 19:21, 20:18, 22:14, 23:2, 23:6, 23:11, 24:1, 24:3
**furthers** [1] - 19:23

**G**

**Gail** [2] - 1:25, 29:9
**gas** [1] - 25:1
**gases** [1] - 18:11
**gentlemen** [1] - 7:16
**given** [3] - 4:16, 7:4, 25:12
**goal** [1] - 19:16
**government** [8] - 4:9, 9:11, 17:13, 20:9, 22:16, 23:19, 23:25, 26:19
**Government** [1] - 1:18
**granted** [1] - 10:2
**Guam** [7] - 7:17, 13:12, 14:18, 15:3, 15:4, 15:17, 16:21
**guess** [4] - 9:8, 9:25, 10:14, 16:2
**guidance** [1] - 26:7
**Guidelines** [1] - 24:14

**guilty** [3] - 5:21, 5:22, 24:15
**gun** [7] - 11:19, 12:6, 19:22, 19:23, 23:13, 26:2, 26:4
**guns** [5] - 15:15, 16:15, 18:5, 18:24, 20:10, 24:11

### H

**Haji** [2] - 6:23, 9:7
**haled** [2] - 10:4, 10:19
**handled** [1] - 16:14
**hands** [2] - 16:7, 23:7
**hang** [1] - 26:23
**Haniffa** [2] - 5:19, 6:20
**hear** [1] - 3:1
**hearing** [3] - 1:12, 2:7, 13:19
**help** [1] - 19:8
**helpful** [1] - 4:15
**hereby** [1] - 29:2
**hi** [1] - 9:11
**hold** [1] - 2:21
**holding** [1] - 26:3
**Hong** [2] - 6:15, 8:19
**Honor** [12] - 2:2, 2:4, 2:11, 2:15, 4:20, 14:5, 14:11, 19:6, 22:1, 23:22, 25:13, 27:1
**Honorable** [2] - 1:12, 29:5
**hope** [1] - 7:24
**hopefully** [1] - 11:1
**hopes** [1] - 8:17
**hoping** [1] - 25:11
**hotel** [1] - 5:25

### I

**i.e** [1] - 20:3
**ICE** [1] - 16:17
**idea** [1] - 3:2
**illegal** [1] - 9:12
**illusion** [1] - 16:19
**important** [7] - 7:5, 7:18, 12:9, 13:18, 17:9, 24:9, 24:16
**imported** [1] - 10:11
**IN** [1] - 1:1
**incarceration** [1] - 18:16
**includes** [1] - 20:23
**incorrectly** [1] - 12:13
**increase** [1] - 11:21
**increased** [1] - 18:16

**INDEX** [1] - 28:1
**indicate** [1] - 12:25
**indicated** [3] - 3:21, 5:22, 12:8
**indictment** [20] - 2:8, 4:7, 4:22, 5:13, 5:16, 5:19, 6:14, 8:2, 8:9, 9:15, 10:7, 10:16, 10:21, 11:9, 12:23, 18:22, 21:23, 23:8, 23:17, 26:9
**Indonesia** [2] - 6:16, 8:19
**Indonesian** [1] - 16:23
**information** [2] - 13:17, 21:13
**inspect** [3] - 18:25, 20:21, 23:11
**inspected** [5] - 15:4, 15:22, 16:14, 20:7, 23:25
**inspecting** [2] - 15:17, 15:21
**inspection** [2] - 15:14, 19:9
**instance** [1] - 21:8
**intended** [5] - 11:13, 20:18, 22:20, 24:20, 25:19
**intent** [3] - 16:16, 18:3, 22:19
**interdict** [1] - 17:24
**interest** [1] - 11:2
**interesting** [1] - 24:8
**interpretation** [1] - 26:16
**interrupt** [1] - 14:7
**involved** [3] - 21:10, 25:16, 26:4
**involvement** [1] - 7:21
**involves** [1] - 20:23
**issue** [12] - 2:19, 8:25, 9:20, 10:24, 11:10, 17:8, 17:9, 17:15, 18:20, 19:7, 21:21, 21:25
**itself** [14] - 5:13, 10:24, 11:14, 11:25, 12:18, 17:22, 18:3, 18:8, 18:14, 18:16, 18:25, 21:9, 22:15, 22:21

### J

**James** [1] - 1:19
**John** [1] - 5:8
**JOINT** [1] - 28:2
**joint** [1] - 5:3

**Joint** [1] - 5:10
**Jr** [1] - 1:22
**judge** [2] - 4:2, 17:7
**Judge** [3] - 1:13, 22:9, 29:6
**July** [3] - 1:9, 8:3, 29:6
**jurisdiction** [3] - 9:1, 10:2, 10:19
**jury** [1] - 26:6
**justify** [1] - 26:15

### K

**key** [6] - 12:6, 20:8, 20:9, 20:14, 22:12, 22:13
**kill** [1] - 25:19
**kind** [1] - 16:18
**knowing** [1] - 8:6
**knows** [1] - 10:8
**Kong** [2] - 6:15, 8:19

### L

**labeled** [1] - 3:17
**language** [2] - 12:14, 21:22
**Lanka** [2] - 5:18, 20:12
**last** [1] - 16:20
**law** [3] - 14:13, 25:10, 26:16
**least** [3] - 5:14, 21:5, 23:18
**lengthy** [2] - 2:25, 7:11
**lenity** [2] - 25:5, 25:6
**lethal** [3] - 18:11, 25:1
**level** [1] - 12:23
**liable** [1] - 15:12
**life** [3] - 18:16, 24:13
**limited** [1] - 11:10
**listed** [2] - 2:15, 6:25
**loaded** [3] - 16:16, 16:25, 20:11
**logically** [1] - 11:16
**look** [5] - 12:14, 13:14, 14:4, 17:14, 18:24
**looked** [1] - 11:8
**looking** [1] - 23:8
**LTTE** [3] - 5:18, 6:11, 20:19

### M

**machine** [4] - 23:13, 24:11, 26:2, 26:4
**mail** [1] - 6:25
**mails** [2] - 7:12, 7:20

**Malaysia** [1] - 6:9
**mandatory** [1] - 11:21
**manufacturers** [1] - 10:16
**March** [2] - 7:6, 9:5
**MARYLAND** [1] - 1:2
**Maryland** [2] - 1:8, 14:20
**material** [5] - 3:9, 12:21, 12:22, 14:11, 20:3
**materials** [3] - 5:24, 5:25, 6:1
**matter** [5] - 2:4, 2:6, 3:15, 25:24, 29:3
**mean** [5] - 9:9, 10:10, 16:11, 21:21, 21:24
**means** [1] - 12:15
**meet** [1] - 13:11
**meeting** [2] - 6:9, 14:18
**mentioned** [2] - 7:20, 24:22
**merely** [1] - 24:18
**message** [1] - 8:8
**middle** [1] - 6:18
**might** [4] - 10:17, 13:14, 23:10, 25:11
**million** [1] - 25:18
**mind** [3] - 20:15, 20:20, 23:24
**minimal** [1] - 10:3
**minimum** [1] - 11:22
**minute** [1] - 14:7
**minutes** [1] - 26:25
**missile** [1] - 24:23
**missiles** [2] - 21:10, 24:24
**moment** [1] - 22:24
**money** [2] - 8:18, 21:11
**monitored** [1] - 17:13
**morning** [5] - 2:7, 2:10, 2:11, 2:14, 2:16
**Motion** [1] - 5:10
**motion** [13] - 2:8, 2:16, 2:17, 2:18, 2:25, 3:19, 4:6, 4:10, 4:23, 5:3, 21:20, 22:3, 22:18
**MOTION** [1] - 28:2
**motions** [2] - 1:11, 3:11
**MR** [52] - 2:4, 2:11, 2:15, 2:24, 3:6, 3:7, 3:16, 4:2, 4:17, 4:19, 4:20, 5:2, 5:6, 5:11, 8:5, 8:9, 9:14, 10:20, 11:1, 11:8, 13:4,

13:7, 13:13, 13:16, 14:1, 14:4, 14:5, 14:10, 14:17, 14:22, 15:13, 15:16, 16:5, 16:9, 16:13, 17:7, 17:20, 19:4, 19:6, 20:5, 20:14, 20:24, 21:4, 21:7, 22:1, 22:9, 23:15, 23:22, 24:9, 25:13, 27:1, 27:2
**multiplicitous** [2] - 12:12, 24:5
**must** [2] - 4:7, 12:17

### N

**NAIDU** [1] - 1:6
**Naidu** [14] - 2:5, 2:12, 5:7, 6:8, 6:13, 6:17, 7:8, 7:9, 7:18, 10:2, 15:5, 15:11, 29:4
**Naidu's** [1] - 14:8
**name** [1] - 7:4
**narcotics** [4] - 12:2, 12:4, 12:5, 12:7
**nature** [1] - 2:18
**necessarily** [1] - 21:7
**need** [3] - 19:7, 26:20, 26:21
**negotiate** [1] - 7:13
**negotiating** [1] - 8:15
**negotiation** [1] - 14:23
**negotiations** [1] - 8:7
**never** [3] - 17:11, 18:23, 25:5
**new** [1] - 15:24
**NO** [1] - 1:5
**note** [2] - 7:5, 7:18
**nothing** [6] - 7:8, 7:20, 8:12, 8:13, 12:25, 25:10
**number** [3] - 8:25, 15:16, 19:19
**Number** [2] - 2:6, 5:10

### O

**O'Brien** [2] - 25:24, 26:9
**object** [7] - 10:14, 21:5, 21:6, 22:20, 22:21, 23:12, 24:19
**objection** [2] - 4:8, 4:24
**objective** [1] - 19:19
**obtain** [6] - 5:17, 5:24, 6:4, 6:11, 6:14, 6:18
**obtained** [1] - 6:2

**obviously** [7] - 2:17, 3:11, 12:20, 17:23, 18:10, 22:14
**occurs** [2] - 6:7, 18:15
**October** [1] - 2:22
**OF** [2] - 1:2, 1:4
**offense** [1] - 25:9
**offer** [1] - 5:2
**Official** [2] - 1:25, 29:10
**once** [1] - 16:25
**one** [6] - 3:17, 8:25, 16:22, 19:19, 19:20, 25:21
**ones** [2] - 3:4
**operated** [1] - 7:3
**operation** [1] - 9:10
**oral** [1] - 2:24
**ordered** [1] - 15:24
**ordinary** [1] - 9:10
**organization** [1] - 14:12
**Osman** [14] - 5:20, 5:21, 6:1, 6:21, 8:3, 8:6, 8:10, 13:20, 15:9, 15:18, 16:7, 20:6, 21:18, 23:24
**outline** [1] - 5:11
**outlined** [1] - 18:10
**overt** [3] - 22:25, 23:1, 24:3
**own** [1] - 17:8

# P

**papers** [1] - 3:19
**part** [11] - 4:25, 10:1, 10:7, 13:8, 14:22, 15:6, 16:14, 16:24, 19:17, 22:15, 22:18
**particular** [6] - 11:2, 11:18, 12:22, 14:17, 19:2, 24:21
**parties** [1] - 6:10
**party** [1] - 21:11
**payment** [1] - 16:15
**penalties** [2] - 11:21, 25:16, 26:15
**pending** [1] - 5:15
**people** [4] - 9:12, 12:16, 13:11, 25:20
**per** [1] - 16:15
**perhaps** [2] - 4:4, 23:20
**period** [4] - 7:22, 7:23, 8:21, 18:15
**permanent** [1] - 21:15
**permission** [1] - 2:21
**person** [2] - 5:13, 5:15

**physical** [2] - 16:6, 19:9
**physically** [3] - 15:3, 15:7, 23:4
**picked** [2] - 22:14, 25:3
**Pinkerton** [3] - 14:10, 15:12, 16:4
**plain** [2] - 12:14, 18:17
**plea** [1] - 5:22
**pleaded** [2] - 26:9, 26:10
**pled** [1] - 5:21
**point** [7] - 4:5, 6:12, 8:15, 9:14, 9:25, 16:15, 26:18
**pointed** [1] - 18:8
**posed** [1] - 17:16
**position** [1] - 9:22
**possess** [3] - 17:20, 18:1, 21:6
**possessed** [6] - 13:21, 13:23, 18:7, 20:25, 21:3, 21:8
**possessing** [6] - 13:3, 14:8, 19:20, 20:4, 23:5
**possession** [21] - 3:10, 12:10, 13:6, 13:7, 16:3, 16:6, 18:21, 18:22, 19:7, 19:12, 19:15, 19:23, 20:5, 20:16, 21:18, 22:6, 22:10, 22:12, 22:22, 24:1, 24:2
**possessory** [3] - 17:3, 17:8, 17:15
**possibly** [1] - 11:6
**precedes** [1] - 7:8
**presence** [1] - 19:11
**present** [5] - 2:13, 6:8, 15:4, 20:9, 22:17
**presented** [3] - 10:21, 11:4, 11:5
**preserve** [1] - 11:5
**presumably** [1] - 22:24
**problem** [2] - 13:17, 23:9
**procedural** [1] - 23:9
**procedurally** [1] - 21:22
**proceedings** [1] - 27:4
**process** [5] - 3:15, 4:3, 8:25, 14:23, 16:12
**proffer** [2] - 23:19, 23:23
**profit** [1] - 15:7
**prophylactic** [1] - 2:18

**protect** [2] - 12:16, 23:13
**protects** [1] - 19:24
**proven** [3] - 4:7, 22:18, 26:19
**provide** [2] - 3:9, 14:11
**providing** [1] - 20:3
**provision** [1] - 11:12
**punish** [1] - 24:18
**punishment** [2] - 11:13, 18:12
**purchase** [4] - 10:8, 14:25, 19:13, 21:10
**purchased** [1] - 13:15
**purpose** [6] - 4:6, 4:11, 13:19, 15:20, 19:13, 22:11
**purposes** [1] - 5:3
**PURPURA** [29] - 2:11, 2:15, 2:24, 3:6, 3:16, 4:2, 4:19, 5:2, 5:6, 5:11, 8:5, 8:9, 9:14, 10:20, 11:1, 11:8, 13:4, 13:7, 13:13, 13:16, 14:1, 14:4, 17:7, 17:20, 19:4, 22:9, 23:15, 24:9, 27:2
**Purpura** [4] - 1:22, 2:12, 25:15, 26:11
**Purpura's** [1] - 22:2
**purpura's** [1] - 25:21
**put** [1] - 24:20

# Q

**qualify** [1] - 21:1
**quick** [1] - 14:4

# R

**raise** [1] - 17:7
**raised** [2] - 4:4, 18:21
**range** [1] - 24:16
**rather** [1] - 2:19
**rationale** [1] - 9:16
**read** [1] - 3:11
**reading** [2] - 11:11, 18:17
**really** [5] - 6:6, 7:19, 12:14, 18:9, 24:19
**realm** [1] - 12:7
**reason** [1] - 22:6
**reasonably** [1] - 10:4
**received** [1] - 5:10
**recess** [1] - 26:22
**record** [2] - 5:1, 11:5

**refurbished** [1] - 15:25
**relates** [1] - 14:2
**relationship** [3] - 9:17, 9:18, 9:23
**relying** [1] - 16:3
**remains** [1] - 8:20
**Reporter** [2] - 1:25, 29:10
**REPORTER'S** [1] - 29:1
**reports** [1] - 14:24
**representatives** [1] - 14:25
**Request** [1] - 5:7
**research** [2] - 11:9, 11:10
**resolved** [2] - 25:25, 26:5
**resources** [1] - 3:9
**response** [1] - 4:20
**rob** [2] - 11:20, 19:20
**robbery** [3] - 11:17, 11:18, 11:19
**route** [1] - 16:23
**RPR** [1] - 1:25
**Rule** [4] - 4:4, 21:25, 22:3, 26:18
**rule** [2] - 25:5, 25:6

# S

**Santhirajah** [2] - 5:14, 5:24
**scope** [1] - 9:22
**screen** [1] - 16:18
**second** [4] - 3:17, 10:1, 11:20, 16:14
**see** [9] - 6:5, 8:9, 9:8, 12:19, 14:3, 14:6, 17:14, 19:14, 25:14
**seeks** [1] - 6:22
**seem** [1] - 18:9
**sell** [1] - 9:11
**sense** [7] - 2:23, 11:16, 11:23, 18:9, 18:23, 24:19, 24:25
**sent** [1] - 15:20
**sentence** [2] - 24:13
**sentencing** [1] - 26:5
**separate** [2] - 17:18, 24:4
**September** [6] - 7:14, 7:15, 13:10, 14:3, 14:9, 14:18
**series** [2] - 6:13, 7:11
**serious** [1] - 12:20
**services** [1] - 6:22
**set** [4] - 4:3, 5:12,

12:12, 24:6
**setting** [1] - 15:9
**seven** [1] - 24:15
**sham** [1] - 16:18
**share** [1] - 15:8
**ship** [4] - 10:17, 16:17, 17:1, 20:11
**shipment** [2] - 17:24, 18:4
**short** [1] - 26:21
**show** [1] - 20:19
**Simpkins** [1] - 1:25, 29:9
**simple** [2] - 9:25, 11:17
**simply** [2] - 12:15, 23:8
**Singapore** [3] - 2:20, 8:4, 8:21
**sitting** [1] - 19:22
**situation** [1] - 23:14
**six** [1] - 13:6
**slit** [1] - 25:25
**someone** [2] - 6:22, 6:23
**someplace** [1] - 10:17
**sometime** [4] - 6:7, 6:20, 13:23, 20:25
**somewhat** [1] - 6:21
**sophisticated** [1] - 25:18
**sorry** [2] - 14:2, 15:7
**sort** [4] - 7:24, 9:10, 21:24, 22:25
**specialty** [1] - 15:19
**specific** [2] - 21:12, 22:6
**specifically** [2] - 15:20, 26:2
**Sri** [2] - 5:18, 20:11
**standard** [2] - 4:23, 22:4
**standards** [1] - 21:19
**starting** [1] - 5:13
**state** [4] - 20:14, 20:20, 21:20, 23:24
**statements** [1] - 2:17
**STATES** [3] - 1:1, 1:4
**States** [25] - 1:13, 2:5, 4:21, 6:16, 7:1, 7:2, 7:7, 7:13, 7:19, 8:8, 8:17, 8:22, 9:3, 9:4, 9:7, 9:19, 9:24, 10:5, 10:9, 10:12, 10:18, 13:20, 17:24, 29:3, 29:5
**statute** [5] - 18:8, 18:14, 24:21, 25:7, 26:16
**staying** [2] - 8:7, 8:17

**stiff** [1] - 25:16
**still** [5] - 5:15, 15:6, 22:12, 22:25
**sting** [1] - 9:10
**stood** [1] - 15:6
**store** [1] - 19:20
**Subandi** [9] - 6:23, 6:24, 7:6, 7:8, 7:12, 9:7, 9:13, 9:19, 9:23
**subject** [1] - 26:18
**submitted** [1] - 4:9
**substance** [2] - 7:21, 8:14
**substances** [2] - 18:10, 18:11
**substantive** [1] - 11:24
**sufficiently** [1] - 10:18
**suggest** [1] - 9:2
**suggesting** [1] - 8:24
**summer** [1] - 14:1
**supplying** [1] - 12:21
**Support** [1] - 5:6
**support** [6] - 3:9, 12:21, 12:22, 14:12, 14:14, 20:3
**supported** [1] - 23:10
**suppress** [1] - 2:16
**Supreme** [2] - 25:23, 25:25
**surface** [3] - 21:10, 24:23, 24:24
**surface-to-air-missile** [1] - 24:23
**surface-to-air-missiles** [2] - 21:10, 24:24

**T**

**tagalong** [1] - 7:23
**tainted** [1] - 9:2
**taints** [1] - 9:9
**Tamil** [4] - 5:18, 6:4, 14:24, 15:20
**temporary** [5] - 20:17, 21:15, 21:18, 22:7, 24:2
**ten** [1] - 26:24
**terms** [3] - 13:6, 16:3, 22:2
**terrorist** [1] - 14:12
**terrorists** [1] - 23:7
**test** [5] - 14:19, 14:22, 20:8, 23:3, 25:3
**test-firing** [2] - 14:19, 14:22
**tested** [4] - 13:21, 13:22, 14:24

**testify** [1] - 8:11
**testing** [2] - 17:4, 23:5
**text** [1] - 8:8
**THE** [48] - 1:1, 1:2, 2:3, 2:9, 2:14, 2:23, 3:2, 3:8, 4:1, 4:15, 5:5, 5:9, 8:2, 8:6, 9:8, 10:6, 10:25, 11:7, 13:3, 13:5, 13:8, 13:14, 13:25, 14:2, 14:6, 14:15, 14:21, 15:11, 15:14, 16:1, 16:6, 16:10, 17:6, 17:18, 19:3, 19:5, 19:14, 20:13, 20:22, 21:2, 21:5, 21:21, 22:23, 23:16, 24:8, 25:11, 26:20, 27:3
**themselves** [1] - 23:14
**theory** [2] - 14:8, 15:12
**they've** [1] - 23:20
**third** [1] - 21:11
**Tigers** [3] - 5:18, 6:4, 15:20
**today** [1] - 2:20
**top** [1] - 24:12
**touch** [1] - 8:7
**transaction** [2] - 12:2, 14:3
**transactions** [1] - 7:22
**transcript** [1] - 29:2
**transfer** [7] - 7:15, 15:2, 16:19, 18:25, 20:18, 21:14, 21:15
**transferred** [3] - 16:17, 17:1, 20:11
**transfers** [1] - 21:12
**travel** [1] - 8:22
**trial** [4] - 2:22, 9:21, 10:23, 24:14
**trouble** [1] - 20:2
**true** [2] - 18:23, 29:6
**type** [1] - 25:9

**U**

**U.S** [3] - 8:4, 10:15, 25:24
**U.S.C** [1] - 18:18
**ultimate** [2] - 19:16, 23:6
**under** [7] - 11:20, 15:12, 18:17, 21:19, 24:14, 26:1, 26:3
**undercover** [2] - 7:3, 9:6
**underlying** [3] - 13:8,

14:13, 14:16
**undertake** [1] - 26:12
**UNITED** [2] - 1:1, 1:4
**United** [25] - 1:13, 2:5, 4:21, 6:16, 7:1, 7:2, 7:7, 7:12, 7:19, 8:8, 8:16, 8:22, 9:3, 9:4, 9:7, 9:18, 9:24, 10:5, 10:9, 10:11, 10:18, 13:20, 17:24, 29:3, 29:5
**unsuccessful** [1] - 8:20
**up** [4] - 15:9, 18:16, 22:14, 25:3
**utilizing** [1] - 4:21

**V**

**Varatharasa** [6] - 15:5, 15:18, 15:19, 20:6, 21:19, 23:24
**Varatharasa's** [1] - 15:14
**various** [1] - 7:16
**versus** [3] - 2:5, 24:13, 25:24
**videotape** [1] - 15:22
**view** [1] - 26:15
**violence** [3] - 14:13, 14:16, 19:8
**VS** [1] - 1:5
**vs** [1] - 29:3

**W**

**warehouse** [2] - 16:13, 16:17
**Warwick** [2] - 1:19, 24:22
**WARWICK** [24] - 2:2, 2:4, 3:7, 4:17, 4:20, 14:5, 14:10, 14:17, 14:22, 15:13, 15:16, 16:5, 16:9, 16:13, 19:6, 20:5, 20:14, 20:24, 21:4, 21:7, 22:1, 23:22, 25:13, 27:1
**waters** [1] - 16:23
**weapon** [10] - 11:15, 12:1, 13:1, 13:21, 13:22, 17:25, 18:1, 18:4, 21:12, 22:19
**weaponry** [3] - 15:23, 21:15, 25:19
**weapons** [42] - 5:17, 6:4, 6:11, 6:15, 6:18, 6:19, 10:8, 10:15,

12:23, 13:14, 13:21, 13:22, 14:19, 14:22, 14:23, 15:3, 15:18, 15:21, 15:22, 16:1, 16:8, 16:25, 17:4, 17:5, 17:11, 17:14, 17:22, 18:11, 19:10, 19:15, 20:18, 20:23, 20:25, 21:18, 22:7, 23:3, 23:5, 23:7, 23:12, 23:25, 24:18
**whatsoever** [1] - 7:9
**whole** [2] - 10:15
**William** [1] - 1:22, 2:11
**wire** [2] - 7:15, 15:1
**wired** [1] - 16:15
**witnesses** [2] - 2:20, 22:6
**workable** [1] - 17:14
**worth** [1] - 25:18
**Wotulo** [1] - 16:21

**Y**

**year** [2] - 24:15, 25:23
**years** [2] - 24:10, 24:13