<pre>
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3

 4   UNITED STATES OF AMERICA

 5        VS.                      CRIMINAL NO. CCB-08-0091

 6   BALRAJ NAIDU

 7                      DEFENDANT

 8                                      Baltimore, Maryland

 9                                      December 16, 2010

10

11        The above-entitled case came on for sentencing

12   before the Honorable Catherine C. Blake, United States

13   District Judge

14

15

16                    A P P E A R A N C E S

17

18   For the Government:

19        James G. Warwick, Esquire
          Rachel Yasser, Esquire
20

21
     For the Defendant:
22
          William B. Purpura, Jr., Esquire
23

24

25   Gail A. Simpkins, RPR
     Official Court Reporter
</pre>

1       P R O C E E D I N G S

2           THE COURT:  Do you want to call the case, Mr.

3       Warwick?

4           MR. WARWICK:  Yes, Your Honor.  This is the

5       matter of the United States of America versus Balraj

6       Naidu, Criminal Number CCB-08-0091.  The matter is

7       before the Court for an imposition of sentence.

8           THE COURT:  All right.  Thank you.

9           MR. PURPURA:  Judge Blake, good morning.

10          THE COURT:  Good morning.

11          MR. PURPURA:  William Purpura on behalf of

12      Balraj Naidu, who is present with me.  We have

13      received the presentence report.  We reviewed the

14      presentence report in detail.

15          THE COURT:  All right.  Thank you.

16          I am sure, Mr. Warwick, you have reviewed it as

17      well?

18          MR. WARWICK:  I have.  Your Honor, may I just

19      ask the Court to attend to some housekeeping matters

20      first?

21          THE COURT:  Certainly.

22          MR. WARWICK:  As the Court will recall, the

23      defendant was extradited to the United States only on

24      Counts 2 and 6 of the indictment.  Therefore, Counts

25      1, 3, 4 and 5 need to be dismissed.

1           THE COURT:  All right.

2           MR. WARWICK:  The Court dismissed Count 6 on a

3     Rule 29 motion during trial.

4           Just to clarify for the record, Count 2 of the

5     indictment was submitted to the jury as Count 1, just

6     for purposes of the verdict sheet.

7           THE COURT:  But so far as the docket, it should

8     probably be reflected as Count 2.

9           MR. WARWICK:  As Count 2, yes, exactly.

10          THE COURT:  That's fine.

11          Well, obviously, as you all know, I have to

12    calculate the Advisory Guideline range.  So let me go

13    through the presentence report and see where we have

14    agreements and disagreements.

15          The offense, of course, Mr. Naidu was convicted

16    of is conspiracy to provide material support to a

17    foreign terrorist organization.

18          The base offense level under the Guideline 2M,

19    as in Mary, 5.3 is 26.  There is an increase of two

20    under that same Guideline because the conspiracy

21    involved the provision of dangerous weapons or

22    firearms.

23          Now the presentence report adds a two-level

24    adjustment, upward adjustment for Mr. Naidu being an

25    organizer or leader, and a two-level upward adjustment

1      for obstruction of justice for allegedly testifying

2      falsely in the course of trial.

3          Are you pressing either of those, Mr. Warwick?

4          MR. WARWICK:  Your Honor, the government is

5      pressing the two for role in the offense.  I think it

6      is also colorable, there is a colorable argument as

7      far as the defendant's testimony.

8          The defendant did admit certainly on

9      cross-examination what could be construed as all the

10     elements of the crime.  However, he did try to

11     minimize his role by repeatedly saying all I did was

12     make phone calls.  Everything had to be drawn out of

13     him in detail, but there certainly was a lack of

14     candor, at least in the initial part of his testimony.

15         So I think the Court could certainly construe

16     that as grounds for obstruction, but I don't think I

17     need to say anything more on that.

18         But on the role, the government does feel

19     strongly he was an organizer.

20         THE COURT:  How would you rank him as an

21     organizer compared to any of the other people involved

22     in the conspiracy?  I don't believe anybody else got

23     that role adjustment.

24         MR. WARWICK:  No, they did not.

25         The Court will recall from the testimony that

1    Mr. Santhirajah, who was the financier -- he is the

2    gentleman who is still fighting extradition from

3    Australia on this matter -- he sought out Haniffa Bin

4    Osman, with whom he had somewhat of a business

5    relationship with, and asked Mr. Osman if he could

6    help provide a source of weapons for the LTTE.

7         Mr. Osman didn't have any contacts.  He didn't

8    have any sources for that type of activities.  He went

9    to Balraj Naidu.  That was in or about January or

10   February of 2006.

11        It was Mr. Balraj Naidu who brought in others,

12   such as John Johney, who was referenced extensively in

13   the testimony and in the e-mails, and from that point,

14   Mr. Naidu took the lead in trying to find suppliers of

15   arms.

16        There were trips to Hong Kong.  There were trips

17   to Guangzhou, China.  There were trips to Indonesia.

18   There were contacts that Mr. Naidu spearheaded to

19   obtain these weapons, several in China, in Thailand,

20   in Indonesia, in the Philippines, as well as reference

21   to someone who could provide arms from North Korea.

22        The weapons list that originated from Mr.

23   Santhirajah were sent to all of these people through

24   Mr. Naidu.  He organized the activity with these

25   various potential sources so that weapons could be

1     obtained.  He spearheaded it.

2          It was his contacts between Mr. John Johney and

3     the defendant that brought them in contact with

4     several Indonesians, and those Indonesians, you may

5     recall, Bambang Wyoduno and another Bambang Sudito,

6     who, by the way, the United States have tried to

7     identify through the Indonesian authorities, and we

8     have been unsuccessful.

9          But those two individuals, Bambang Wyoduno and

10    Bambang Sudito, had a source, and they connected their

11    source of weapons, Haji Subandi, with the defendant,

12    and that's how the deal took place.  But it was Mr.

13    Naidu's efforts through all these various countries,

14    and all of these various arms dealers, that led to the

15    contact with Subandi, and in turn, with the undercover

16    business.

17         He was at the forefront of this, Your Honor.  He

18    reported initially back to Santhirajah as well.  He

19    would e-mail Santhirajah updates on the status of the

20    arms negotiations.  He was the individual who was

21    trying to negotiate a lower price with Haji Subandi

22    for some of these weapons once the contact had been

23    made through Subandi with the undercover agents.

24         He was not passive in the way that some of the

25    other participants were, you know, go one by one.

1    For example, Subandi was an arms dealer, but

2    that was his role.  He was to supply the arms through

3    the undercover business.  He was eventually moved to

4    the side because there was a conflict between some of

5    the other Indonesians and Mr. Subandi.

6        THE COURT:  And Mr. Subandi got a two-level

7    downward adjustment for a minor role, I believe.

8        MR. WARWICK:  That was requested by his counsel

9    and granted by the Court.  That's correct.

10       As far as General Wotulo, his role was to

11   provide the security through the Indonesians waters,

12   and he was to be paid for his contacts in providing

13   that service.

14       We had Mr. Varatharasa, and he was a Tamil

15   Tiger.  He was a fighter.  His role was not to secure

16   the weapons.  His role was to inspect the weapons.  He

17   had a very, very finite role.  He was in it because he

18   was patriotic to that cause.  Balraj Naidu was in this

19   for the money that he stood to make from it.

20       In our pretrial discussions with Mr.

21   Varatharasa, he stated clearly that Balraj Naidu was

22   only in this for the money, and that was obviously the

23   incentive, the motivation.  Ten percent of these

24   significant arms deals -- the one in question was to

25   be $900,000 -- would have rendered a commission to Mr.

1    Naidu of roughly $90,000.  That certainly is a

2    substantial amount.

3         The other role adjustments in this matter would

4    certainly be appropriate for Mr. Santhirajah if he is

5    ever brought to this court to stand trial on these

6    offenses.

7         But Mr. Bin Osman, and I'm trying to recall

8    precisely what I said during the sentencing

9    proceedings regarding Mr. Bin Osman, he cooperated

10   more than anybody else who had been previously

11   sentenced at that time, so he was more deeply involved

12   than anyone else who had been previously sentenced as

13   well.

14        But he was the conduit between Naidu and

15   Santhirajah, and Santhirajah preferred to act through

16   Naidu rather than, I mean though Osman rather than

17   through Mr. Naidu, and there was a shift in the

18   e-mails somewhere around May or June of 2006 which

19   reflected that.

20        So certainly as far as culpability, Mr. Osman

21   was more culpable than Subandi and Wotulo and

22   Varatharasa.  But with regard to being an organizer

23   and putting the buyers in touch with the sellers, that

24   was Mr. Naidu's role, and he certainly organized that

25   and involved people in five different countries.

1    That's the reason that I think a two-level adjustment

2    upward is appropriate under the facts of the case, as

3    established by the e-mails, established by the

4    testimony.

5        As I said, all of those weapons lists were

6    forwarded not by Bin Osman, but by Mr. Naidu.  I think

7    that's one of the most telling bits of evidence as far

8    as his role in this conspiracy.

9        THE COURT:  All right.  Thank you.

10       Mr. Purpura.

11       MR. PURPURA:  Yes, Your Honor.

12       Can I have the overhead, the Elmo be put on,

13   please?

14       Judge, did you want to hear from me as to

15   obstruction of justice?

16       THE COURT:  No.

17       MR. PURPURA:  Thank you.

18       On the role, as I indicated in my sentencing

19   memo, I believe in fact Mr. Naidu is a minor role in

20   this case, and there was nothing in trial which should

21   change that.

22       If the Court recalls, let's put up, if I can,

23   just the list of players, how the whole thing started

24   out.

25       Mr. Santhirajah, the gentleman in Australia, he

1  was organizing arms for LTTE.  We will talk about them

2  in a second.  His immediate contact was Haniffa Bin

3  Osman.  Haniffa Bin Osman coordinates everything,

4  especially in Singapore, and he does not get a role

5  adjustment.

6      His next contact in Singapore was Eric Pala.  It

7  was not Balraj Naidu immediately.

8      Eric Pala then contacts Balraj Naidu.  He

9  contacts Balraj Naidu because he knows Mr. Naidu.  He

10  knows Mr. Naidu has done work in other places, such as

11  the Philippines, not with arms; but he has

12  international contacts in the business that he was in.

13      He knew him because of that, number one.  He

14  knew that he was Hindu, number two.  He knew that he

15  spoke Tamil and was sympathetic to the Tamil plight,

16  number three.  So he contacts Balraj Naidu.

17      Well, Balraj Naidu, despite the government's

18  early indication that he had contacts and dealt with

19  arms in the past, doesn't know anybody, and that was

20  clear.  So what he does, he doesn't have any

21  independent contacts with people.  He contacts this

22  person, John Johney.  John Johney is the Ph.D. in

23  religious studies apparently who does also

24  international travel and knows people internationally.

25  It was then John Johney.

1          This is a very loose-knit group of people who

2     are making contacts looking for arms, and very

3     unsophisticated.

4          Apparently he then contacts someone, who is the

5     Indonesian arms supplier.  That was the gentleman who

6     wanted the money up front.  That was the $10,000 we

7     heard about, that 5,000 was given to Mr. Naidu by Mr.

8     Thulasi and 5,000 to Mr. Austen by Mr. Thulasi, and

9     this money was then given to General Tio.  Because

10    they are so sophisticated in their arms dealing, and

11    because he is such a good leader in the arms deal,

12    General Tio took the $10,000, although he wanted

13    $20,000, and took off, never to be heard from again.

14         The next attempt to get weapons was again John

15    Johney to Naidu to Mr. Dunno, D U N N O.  He was the

16    African native who also lived in Singapore, who Mr.

17    Naidu and John Johney knew at that time.  He

18    introduced him to Bin Osman.

19         They went to a meeting or two meetings at least

20    in Mainland China and in the Philippines, and in both

21    areas apparently they wanted seed money again.  Mr.

22    Thulasi was tired of throwing money away, didn't trust

23    what was going on, and nothing happened there.  So

24    nothing happened at that point.

25         The next step was again John Johney, and

1    everyone -- I mean there's how the chain went, from

2    Thulasi, to Osman, to Pala, Naidu, to John Johney.

3    John Johney seems to have the most contacts, and John

4    Johney, my recollection is, knew General Wotulo, who

5    knows Haji Subandi, and this is all unbeknownst to Mr.

6    Naidu.  Now Mr. Naidu doesn't know what was going on.

7         Haji Subandi has been dealing in international

8    arms since 2004.  He has been dealing with the

9    undercover since 2004, and that was all brought out at

10   the time of the trial.  So Subandi is in numerous

11   deals and sophisticated and knows what he is doing

12   with arms.

13        Haji Subandi has his contact, and his contact is

14   the sting operation person.  That's David Austen,

15   which was his undercover name, and it is Damon Ostis,

16   who is the agent.

17        Now Haji Subandi takes over.  From all the

18   e-mails, Haji Subandi is running everything.  He's

19   telling Naidu, and he is also telling Mr. Bin Osman

20   that I know what I'm doing here, here's what we need,

21   and here's what's going on.

22        Haji Subandi is getting his walking orders then

23   from Damon Ostis, David Austen, the undercover at that

24   point.  They negotiate the arms deal, and Naidu had

25   nothing to do with it at that point, nothing, nothing.

1          He was the conduit of the e-mails.  Yes, he

2     wanted to stay in.  Yes, he was interested in the

3     commission.  There was no question about it.

4          The 10 percent commission is whole cloth.  There

5     was never any definition as to what the commission

6     would be.  Whether it was 1 percent or 1.5 percent or

7     2 percent, that was whole cloth, and we know it's

8     whole cloth because Bin Osman eventually completes the

9     deal.  That's why it's comedic and it's somewhat

10     laughable.

11          When Mr. Bin Osman goes to the United States, he

12     goes to Baltimore in July, July 25th of 2006.  At that

13     point forward, other than the drive to the airport,

14     because that's what he does, he drives Mr. Bin Osman

15     to the airport, there is no other e-mail contact, and

16     up to that point there have been hundreds of e-mails.

17     We've heard them all, for months, going back and

18     forth, e-mail traffic right and left.

19          From that point forward, when Subandi, or Bin

20     Osman goes to the United States, there's no more

21     contact, none when he returns, not even a peep, except

22     to the extent that he tells Naidu nothing happened,

23     the deal is not going forward.

24          So Naidu is not leading anybody at that point.

25     Subandi is going forward, with or without -- excuse

1   me.  Bin Osman is going forward, with or without

2   Subandi, and he is making the deal happen, because he

3   is now dealing directly with the undercover, Damon

4   Ostis, without Naidu.  So he's leading absolutely

5   nothing.

6        They go on to Guam.  They all get arrested.

7   Osman and Wotulo get arrested in 2006, in September

8   2006.

9        Naidu is back in Singapore, thinking the deal is

10  off, and there wasn't one single e-mail presented from

11  July until 2006 involving Mr. Naidu, because there

12  weren't any.  His whole thought process was I lost, I

13  don't get my commission, I don't get to help, if I

14  wanted to help, the LTTE people, and I'm out of it, I

15  don't know what's going on.

16       He doesn't realize what's going on until it

17  appears in the paper the arrest of the people in Guam,

18  and he got arrested himself about three years later.

19       So really, that's the scenario.  That's what

20  came out at trial.  Those are the facts.

21       We heard the testimony of Bin Osman.  That's

22  exactly what Bin Osman said.  Naidu is out of the

23  deal.  When I came back to Singapore, I told Naidu

24  there was no deal, and there was no further contact.

25       So he is clearly not a leader or organizer at

1    all.  At best, he's a minor role.  There's no question

2    that he tried to stay in the deal with the e-mails.

3    He wanted what he thought would be a commission.

4    There's no question about that.  But that doesn't make

5    him a leader or an organizer.  In fact, it makes him a

6    very minor role.

7        He is just one of the steps in the chain of

8    events which occurred which leads us to the undercover

9    agent and the deal.  That's all he is in this case,

10   period, nothing more, nothing less.  No particular

11   expertise, as a matter of fact, a lack of expertise.

12       If he had international arms dealings, if he had

13   international arms experience like Mr. Subandi, he

14   would have contacted someone, perhaps Damon Ostis.

15   Maybe he would have contacted Damon Ostis.  But he

16   didn't have that, so there is no leadership.

17       Quite frankly, there is leadership now only

18   because it's a way of suggesting that he went to

19   trial, so we're going to get everything we possibly

20   can get under the Guidelines.  You took up our time,

21   and you should be punished.

22       If you look at it, you look at the facts, he is

23   clearly not a leader.  His role is minor, especially,

24   especially, if the Court considers that Haji Subandi,

25   Haji Subandi had his e-mails.  He was prolific.  He

1    was the person.  He was the glue between Haniffa Bin

2    Osman, between Thulasi.

3         He was the glue that was pushing this deal and

4    holding on.  He was the glue that held David Austen,

5    the undercover arms dealer, in.  He was going back and

6    forth.  He was negotiating with both sides on a

7    constant basis.  If he's a minor role just because he

8    gets cut out at the end, then Naidu certainly is a

9    minor role, because he was clearly cut out.

10        If the Court recalls, there were e-mails from

11   Haji Subandi at least twice, which I have noted here,

12   where they said Naidu is out, we don't want him in.

13        So Haji Subandi is taking that type of

14   leadership role, saying Naidu doesn't know what he is

15   doing, he's out of this thing.  Those e-mails came

16   prior to the Baltimore trip.

17        So with Subandi, with his 2004 contacts, dealing

18   in arms all those years, if he gets a minor role,

19   clearly, clearly, clearly, Balraj Naidu, who was

20   candidly inept in what he was doing -- looking for a

21   written contract.

22        That was his testimony.  He was looking for a

23   written contract with Mr. Bin Osman so he could know

24   exactly what his percentage was, and he wanted to

25   present that written contract to a lawyer in Singapore

1    so he knew exactly what was going on.

2         His testimony on his direct examination -- the

3    cross-examination lasted maybe 10, 15 minutes.  There

4    was probably no need for much more than that.  On his

5    direct examination, he admitted every single point.

6         The only thing, the only reason that he was

7    going to trial, the only thing he contested, and still

8    contests, is that he did not know that in 1997, the

9    United States State Department declared the Tamil

10   Tigers a foreign terrorist organization, because he

11   said that before.  He said it in the initial proffer.

12        He came in and proffered to the government when

13   his case first came in, and he told them exactly what

14   his activities were.  He didn't leave anything out.

15   The government had that proffer, and if he had said

16   anything differently, Mr. Warwick would have

17   cross-examined him; but there was no need to, because

18   it was identical.

19        At that point he said I didn't know it was a

20   foreign terrorist organization.  During the trial he

21   got up and said I didn't know it was a foreign

22   terrorist organization, and today he still says I

23   didn't know it was a foreign terrorist organization.

24        Do you admit you got a sniper rifle?  Yes.

25        Do you admit you got a grenade launcher?  Yes.

1          Did you know that these acts were occurring in

2     Sri Lanka?  Yes.

3          Did you know there was a civil war in Sri Lanka?

4     Yes, we all knew about it.

5          Did you know that the Tamils were being

6     discriminated against, that there was a genocide going

7     on for years in Sri Lanka?  Yes.

8          The whole issues was the United States in 1997

9     took a side, and the side they took was the Sri Lankan

10    government's side.  At that point, they were

11    designated a foreign terrorist organization, and his

12    knowledge was, and he continuously denies, that he

13    didn't know it was a foreign terrorist organization,

14    and that's why we are here.  I will respond to that in

15    probably shorter detail in another moment, but

16    clearly, he did not.

17         To even suggest that there is an upward

18    adjustment for his testifying is ridiculous.  He was

19    honest and candid to a fault, to a fault.  I have

20    never seen it before, the way he honestly said what he

21    did, and the same thing with his wife.  So there was

22    no perjured testimony.

23         As unfortunate this whole thing is, he is not a

24    leader, organizer.  As unfortunate this is, he is a

25    person with a role that should be a minor role.

1          Thank you.

2          THE COURT:  All right.  Thank you.  Any other

3     guideline-related issues that we have not talked

4     about?

5          MR. PURPURA:  None by defense, Your Honor.

6          MR. WARWICK:  I don't believe so, Your Honor.

7          THE COURT:  Okay.  All right.

8          Well, regarding the two disputed issues, first

9     of all, on the suggested obstruction, I think that is

10    clearly non-applicable here.

11         Mr. Naidu testified.  Even assuming that Mr.

12    Warwick is correct, and that in some instances he

13    minimized his involvement, overall, clearly he

14    admitted a great deal of the conduct that the

15    government then appropriately relied on to argue to

16    the jury that he should be convicted.

17         The one point that has been focused on about

18    whether he knew that the LTTE had been designated as a

19    foreign terrorist organization as opposed to knowing

20    about acts of terrorism and so forth is the one point

21    on which the jury did not find against Mr. Naidu.

22         I certainly don't see a basis to find that he

23    willfully testified falsely as to some material matter

24    when I consider his overall testimony as a whole.  So

25    I am not going to apply the two-level upward

1    adjustment under 3C1.1.

2        Nor am I going to apply the two-level upward

3    adjustment for being an organizer or a leader.  I

4    think that it is important in cases such as this,

5    conspiracy, and the number of people involved, to look

6    at that role adjustment in light of everyone else's

7    involvement and everyone else's treatment under the

8    Guidelines as well.  It's clearly a relative

9    culpability adjustment.

10       I don't think that in terms of this conspiracy,

11   and certainly what was ultimately accomplished, that

12   Mr. Naidu should be described as a leader or

13   organizer, particularly in comparison to others

14   involved, including Mr. Bin Osman or even Mr. Wotulo,

15   whose sentencing I believe it was that Mr. Warwick

16   pointed out Mr. Wotulo bringing Mr. Subandi into the

17   picture and described Mr. Wotulo as active.

18       It seems to me that Mr. Naidu certainly was a

19   negotiator.  He was a broker.  He was trying to put a

20   dealer together with a buyer.  He was not particularly

21   successful.  He was excluded from the final deal.

22       I don't see that there is an upward level

23   adjustment warranted; but I also cannot say, having

24   heard the entire trial evidence, that a minor role

25   adjustment is warranted.

1          He was quite active, particularly in the

2     beginning part of the conspiracy.  He did stay in

3     communication through e-mails.  He clearly hoped to

4     get a commission.

5          While he was cut out to some extent after the

6     July events, he had I think played a very active role

7     up until, as I say, up until that point, and his

8     relative culpability should not be described as a

9     minor.

10         Mr. Subandi, by comparison, came into this

11    later, was also cut out at the end.  I think Mr. Naidu

12    had more substantial, although unsuccessful, efforts

13    involved in this conspiracy than Mr. Subandi.  I don't

14    see that a minor role adjustment is warranted.

15         So my conclusion in terms of the Advisory

16    Guideline range is that --

17         MR. PURPURA:  Judge, I'm sorry.  I apologize.

18         THE COURT:  I'm sorry?

19         MR. PURPURA:  There was one more Guideline

20    issue.

21         THE COURT:  Oh, okay.

22         MR. PURPURA:  It was acceptance of

23    responsibility.  I believe that he --

24         THE COURT:  You did put that in your memorandum.

25         MR. PURPURA:  -- is entitled to acceptance of

1    responsibility.  The only issue which was contested by

2    Mr. Naidu has always been, in essence a legal issue,

3    whether he had knowledge that the LTTE, the Tamil

4    Tigers were designated as a foreign terrorist

5    organization.

6         As the Court did indicate, the jury could not

7    decide that.  It was broken down into three sections

8    for the jury to decide.  They could not decide that

9    particular issue.  He admitted every other factor.

10        He has constantly admitted every other factor.

11   At the initial proffer he admitted every factor,

12   except that factor.  The only reason he went to trial,

13   the only reason he testified was on the particular

14   issue that he did not know that LTTE was a designated

15   terrorist organization.  So he has always accepted his

16   responsibility.

17        THE COURT:  But there are two other prongs of

18   knowledge on which he could have accepted

19   responsibility and did not.  There were three ways in

20   which knowledge could have been approved.  Even

21   assuming that he was not willing to agree he did not

22   know about the designation, there were two other

23   prongs of knowledge that he could have admitted.  He

24   could have accepted responsibility, and he did not.

25        MR. PURPURA:  Okay.

1          THE COURT:  I understand your argument, but I

2     don't think I can gave a two-level downward adjustment

3     for acceptance of responsibility.

4          So that's going to be an offense level of 28.

5     His Criminal History Category is I.  The Advisory

6     Guideline range, which, of course, is just one of the

7     factors I have to consider, would therefore be from 78

8     to 97 months.

9          I will be happy to listen to 3553(a) arguments.

10    Mr. Warwick.

11         MR. WARWICK:  Your Honor, as cases like this get

12    flushed out, they become more chilling.

13         Mr. Purpura has consistently made light of the

14    fact that this was just the U.S. government's choice

15    to side with the Sri Lankan government rather than the

16    LTTE, that this was a civil war that we had no

17    interest in.

18         As Colonel Girven explained and testified in

19    detail, the LTTE was a ruthless, ruthless

20    organization.  They were involved in several other

21    hundred suicide bombings.

22         They set the standard for new waves of terrorism

23    which are seen in other places throughout the world,

24    whether it's the use of smaller craft to attack larger

25    vessels, which is what they did with the Sri Lankan

1    Navy, and it was copied by the Yemeni terrorists, a

2    branch of Al-Qaeda, against the U.S.S. Cole.

3         The improvised explosive devices that were used,

4    and also the suicide vests that were used in many

5    parts of the world, including Afghanistan and Iraq,

6    were devised, tested extensively and, I hate to use

7    the word, but improved in their efficiency, the

8    detonating efficiency by the LTTE.

9         They engaged in political assassinations.  They

10   extorted money within the country and outside the

11   country to support their activities.  This was

12   notorious throughout Southeast Asia and South Asia.

13   It was notorious with the Tamil population in

14   Singapore.

15        Balraj Naidu, not out of sympathy and a patriot,

16   or as a member of the LTTE, but as a merchant, as a

17   broker, opted to take advantage of an opportunity that

18   was presented to him, and conspired to acquire deadly

19   weapons, grenade launchers, grenades, sniper rifles.

20   Sniper rifles are used for assassinations.  Whether

21   it's a political figure or someone else that had an

22   interest contrary to the LTTE.

23        As I argued to the jury, Mr. Naidu is nothing

24   more than a merchant of death.  He cared less what

25   those weapons would ultimately be used for, but he

1    knew that they would be used to kill people.

2         Mr. Varatharasa was adamant in what is also

3    reflected is many of the e-mails, that Balraj Naidu

4    was in it for the money.

5         One of the most telling statements that he made

6    in an e-mail was to one of the potential arms

7    suppliers, urging that supplier to work harder.  We

8    must, we must, we must get this done.  There is money

9    to be made here.  If this succeeds, we will have

10   enough money to eat for a lifetime.

11        That type of mercenary attitude is what fuels

12   the illegal arms business.  Personal greed drove

13   Balraj Naidu to engage in this activity.  He needs to

14   be punished.  There needs to be a detriment, the

15   detrimental effect so that other people do not engage

16   in this type of activity.

17        His callous disregard, Your Honor, for what

18   would be the results of his arms dealing is just

19   chilling.  There is no useful, lawful, humanitarian

20   purpose for the weapons that we saw displayed in

21   court.  He was in it for the money.  He deserves no

22   leniency from this Court, and I would ask this Court

23   to consider a sentence at the upper end of the

24   Guideline range because it is deserving.

25        Colonel Girven outlined for us many of the

1      activities of the LTTE.  He was a witness to some.  He

2      was a witness to the aftermath of much of those

3      activities.

4           The fact that the civil war is over at this

5      point was not due to the fact that Balraj Naidu did

6      anything to conclude that strife, that fighting.  He

7      only desired to encourage it.

8           During a time frame in 2006, Santhirajah passed

9      the information to Naidu and also on occasion to Bin

10      Osman of the urgency for the need of these weapons

11      because the LTTE was planning an offensive, which was

12      to take place in the September, October time frame of

13      2006, and that was one of reasons that Balraj Naidu

14      pressed those potential suppliers to deliver the

15      weapons as soon as possible.

16           Thank you, Your Honor.

17           THE COURT:  Thank you, Mr. Warwick.

18           Mr. Purpura.

19           MR. PURPURA:  Thank you.

20           No one, particularly me, makes light of war.

21      This was, this was war.  It was a civil war.  There's

22      no question about it.  The Court has the sentencing

23      memorandum which was filed in the Eastern District

24      before Judge Dearie.  It sets out the very tortious

25      history of both sides in this war.  It was a war.

1          Yes, sniper rifles are used to kill people, like

2     all weapons in war.  It is not used to assassinate

3     people.  It is used by our forces to kill people,

4     because that is what war is about.

5          This is a war.  This is a civil war.  It wasn't

6     a revolution to overthrow the government of Sri Lanka.

7     It was a civil war with marked boundaries which were

8     set centuries before, starting in the 14th Century,

9     the northern and eastern area of Sri Lanka.

10          As the Court recalls, the Sinhalese came down

11     from Northern India sometime in B.C. and the Tamils

12     came down from the southern area of India sometime in

13     the 14th Century and set the dynasty.

14          So we have marked areas in a very small country

15     and we had two very, very different types of people,

16     the Sinhalese being Buddhist, and the Tamils being

17     Hindu.

18          As a result of that, there was a persecution.

19     It was a persecution in the '60s and '70s, I'm sorry,

20     the '40s, '50s, '60s, with the independence of Sri

21     Lanka from England, and it was against the Tamil

22     population.  I believe that's all in the sentencing

23     memorandum as well.

24          It was a war.  War is bad.  I mean obviously I

25     argued that.  You heard me say that.  The Court knows

1    that.  On both sides there are no heros.  Nothing new

2    is invented in this particular war.  Attacks of small

3    ships against larger ships is nothing new.

4        We had Japanese fighter pilots committing

5    suicide raids in War World II.  Going back to the

6    Civil War, we had smaller vessels attacking larger

7    vessels, trying to set them on fire.

8        There is nothing new, unfortunately, about war.

9    It becomes better developed as time goes on, but there

10   is nothing particularly new.

11       There were atrocities on both sides, and it's

12   all wrong.  There's no question it's all wrong, the

13   war itself.

14       But the people, the government of Sri Lanka is

15   not with clean hands in this particular case, and they

16   are still not with clean hands.  The government's

17   witness, Colonel Girven, admitted that, and testified

18   to that.  He acknowledged that the United States State

19   Department had listed the government of Sri Lanka in

20   their yearly report in 2008 and 2009 as a human rights

21   violator, and a country which is not negotiating or

22   letting us and the United Nations take a look at them.

23   He acknowledged that.

24       It's not only the United States State

25   Department.  It's the Human Rights Watch.  It's the

1    UK, United Kingdom Department of Internal Development.

2    It's the House of Commons Report in Britain.  It's the

3    European Commission in 2008 and 2009 report.  It's the

4    United Nations Report on Human Rights Violations.

5         Each one of those reports consistently now are

6    claiming -- the war was over in 2009.  It was a war.

7    It was a war.

8         In 2009, they surrendered, but the atrocities

9    are continuing.  The United States acknowledges that.

10   Colonel Girven acknowledges that.  The European Union

11   acknowledges that.

12        The only people that have not acknowledged that,

13   and it is still today as we sit here in 2010, is the

14   government of Sri Lanka, because they refuse to allow

15   the United Nations in.  They refuse to allow any

16   outside intervention because they believe that that

17   again will stoke the fire, as they say, of discontent

18   in their country.

19        So everyone, every outside nation that takes a

20   look at this continues to suggest that the atrocities

21   against the Sri Lankan government continues against

22   the people of Tamil.

23        So it was a war, and yes, wars are ugly.  It was

24   ugly in World War II.  It was ugly when you dropped an

25   atomic bond and civilians were obliterated and

1       generations were affected after that.  War is ugly,

2       yes.  That really is not the issue here.  If you are

3       going to punish someone for war, you've got a lot of

4       people you can punish for war.

5           Mr. Naidu, his activities, he has been arrested.

6       He has been arrested in his home country, in

7       Singapore.  He was detained in Singapore.  When he was

8       arrested, it hit the national newspaper in Singapore,

9       which is the one national newspaper they have.

10          He has been brought here to the United States.

11      He has now been in custody in the United States, half

12      of a world away from his family, from his culture,

13      from everything he holds dear for one year.  I believe

14      December 18th was his arrival in this country.  So he

15      has been here for a period of time.

16          THE COURT:  Would September 23, 2009 then be in

17      fact the appropriate date?

18          MR. PURPURA:  It is.  I was wrong.  It is the

19      absolute appropriate date.  So he has been in custody.

20          You received the letters from his wife.  You

21      heard her testify.  You know what has happened.  He

22      wasn't living the life of an arms dealer, despite his

23      actions in this particular case.

24          I believe truly he felt this was an

25      international deal he was getting involved in for

1    arms, and it was a legitimate deal.  He was going to

2    seek the help of a lawyer for the contract to set up

3    the commission.  There's no question.

4         We have arms dealers in the United States.  We

5    supply arms to tons of countries, and arms are used to

6    kill people.  Again, that's not the issue.

7         The business that his wife and he had has been

8    lost.  His wife is now going into bankruptcy.  There

9    was a large loan taken out just before he was

10   arrested.  I think it was close to a million dollar

11   loan, and that has defaulted.

12        As a result of that, all their property,

13   literally everything in their little flat they had,

14   including their flat, has now been bankrupt and is

15   being sold.  I spoke with the wife, and the bankruptcy

16   proceedings ares going through on that as well.

17        His youngest son, who is mandatory military age,

18   was in the military, he is out of the military now

19   pending leave because of depression as a result of

20   literally coming here and sitting in the trial, seeing

21   what happened to his father in this case.

22        The two daughters, the twin daughters are 20

23   years old.  They were in the university.  They have

24   come out of the university to help maintain and help

25   their mother.

1         The mother has indicated, and his wife has

2     indicated that she has taken a local job washing

3     dishes now.  She wears rubber gloves and she has an

4     infection on her hands from wearing the rubber gloves.

5         So there has been a huge impact.  Not only has

6     it been a huge impact on Naidu, all this has been

7     disseminated in a very small political community, in

8     which Mr. Naidu is very political, and that has

9     destroyed himself, ostracized him and his family.  So

10     there is a huge punishment there as well.

11         So the word has gotten out.  The word has

12     clearly gotten out in Singapore.  He clearly has been

13     punished.

14         This war, and it was a civil war, not a

15     revolution to overthrow a government, was over in

16     2009.  The results are still not good.  What's going

17     on by far is not good, but it's over, at least as far

18     as the United States is concerned at this point, not

19     for the people of Sri Lanka, and especially not for

20     the Tamils, be it Muslim and/or Hindu.  So that's

21     over.

22         What I am asking the Court is we can end this

23     too.  There is so much here based on the 3553(a)

24     factors, based on the type of war that was going on,

25     based on Mr. Naidu's background.  He is 47, 48 years

1    old, no criminal history whatsoever.  Enough is

2    enough, and you can send him home.

3         You can find time served, literally 18 months,

4    time served.  He has been here a year.  He has another

5    month of incarceration.  It's a substantial sentence,

6    a substantial punishment.  He has been punished.  The

7    word has gone out.  It has gone out internationally.

8         You have a representative from the Singapore

9    Embassy here.  It has gone back to Singapore.  They

10   know what happens in these cases.  People's eyes have

11   been opened up.  There is no need, and nothing else is

12   accomplished by giving a longer period of time of

13   incarceration.

14        Mr. Bin Osman and everybody else who we have put

15   up there on that screen, whatever period of time, and

16   really, they have not been lengthy periods of time,

17   have been released, have been back in their country,

18   and they are now free.  There is no reason, there is

19   no good reason to further detain Mr. Naidu.

20        I ask the Court to consider a very short period

21   of time, 18 months, and/or time served, and send him

22   home.

23        He is still not released when he goes home.  Who

24   knows what kind of charges may still be pending in

25   Singapore?  I don't know, and I don't think the

1    government can tell us for sure what will happen when

2    and if he is released back to Singapore, where he must

3    go.

4         I have nothing further, Judge, unless the Court

5    has any questions.

6         I have talked to Mr. Naidu numerous times, and I

7    don't believe he has anything further to say.

8         Is there anything you wish to say?

9         Did you hear him?

10        THE COURT:  I'm afraid I couldn't hear you, Mr.

11   Naidu.  You don't have to speak, but you have the

12   right to speak if there is anything you would like to

13   say.

14        THE DEFENDANT:  I just would like to be with my

15   family, Your Honor.

16        THE COURT:  All right.  Anything else that

17   anybody needs to say at this point?

18        MR. PURPURA:  The other point, I'm sorry, just

19   about war in general.

20        War crimes occur, and war crimes are punished in

21   criminal courts, war courts that have been designated.

22   We had that in Vietnam.  We had that in World War II.

23   We had that in post World War II.

24        Atrocities are not being prosecuted in Sri

25   Lanka, and people are not being brought to justice.

1    People being brought to justice are the Tamils over

2    here for their participation.

3         MR. WARWICK:  Judge, I just need to make one

4    point, and that is simply this:

5         The atrocities in Sri Lanka, the end of the war,

6    whether or not the Sri Lankan government is

7    cooperating with the UN and other agencies is

8    irrelevant.

9         That man over there only wanted to make money by

10   selling guns that were going to be used to kill

11   people.  That was his only interest.  He wasn't

12   interested in whether the Tamils were getting justice.

13   He was interested in how much money he could make, and

14   all he cared about was that money.  He didn't care who

15   would get killed, who would suffer, and that's the

16   most egregious part of this entire case.

17        THE COURT:  Okay.

18        MR. PURPURA:  My silence is not agreement with

19   that.  The Court has heard his background, and why

20   they sought him out was because he was a Tamil who

21   could speak Hindu.

22        THE COURT:  Thank you.  I am going to take a

23   short recess until about 12 o'clock, and I'll be back.

24        (A recess was taken.)

25        THE COURT:  Thank you all for your

1     presentations.  I do now have to consider, in addition

2     to the Advisory Guideline range, the factors under

3     3553(a).  It presents a number of very difficult

4     issues.

5          First of all, the nature and circumstances of

6     the offense, obviously this is a serious crime.  Mr.

7     Naidu, along with co-defendants, was involved in

8     providing weapons, or attempting to, to a terrorist

9     organization.

10         I don't think that this is really a matter of

11    the relative culpability between the LTTE and the Sri

12    Lankan government, or the wisdom of the State

13    Department designation.  Based on what I heard at

14    trial, there is really very little dispute that the

15    Tamil Tigers are, or were engaged in numerous acts of

16    violence that could be described as terrorism,

17    including against at least civilian facilities, such

18    as the commercial airlines that were mentioned, and I

19    don't think there is any dispute that Mr. Naidu knew

20    that's where the weapons were going, and that he was

21    willing to do that for money.

22         I think on the other hand we have to be careful

23    and not to react simply because of the weapons that

24    were involved or what we saw displayed in the

25    courtroom.

1          It is an unfortunate fact that arms dealing is

2     frequently a legitimate business and arms are sold

3     frequently for the purpose of being involved in war,

4     and war is recognized and authorized in many circles.

5          Sometimes it can be difficult, and it is really

6     a political question, but not for me, between what you

7     described as war and what you described as terrorism.

8     We might like to see all that stopped, but it has not

9     been, and is not likely to be in the immediate future.

10         Mr. Naidu's history and characteristics, he has

11     no criminal record.  As I recall, he was a government

12     employee for much of his life, and then has tried to

13     make money in a variety of ways to support his family.

14         He is a foreigner, if you will.  He is not a

15     citizen of this country.  He has been in custody.  He

16     didn't come here voluntarily, and he has been in

17     custody in a foreign country, which I think there is

18     an additional degree of punishment to that, to being

19     in custody in a land where you are alone, and not a

20     citizen.

21         In terms of deterrence, I think it is clear that

22     Mr. Naidu has suffered a sufficient impact to deter

23     himself personally, the loss of his business and his

24     home, the impact on his family.  I don't think there

25     is a great deal of need to protect the public from Mr.

1   Naidu personally.

2        However, I understand that deterrence generally

3   also has to be considered at stopping the illegal arms

4   trade, and this was.  The illegal arms trade is

5   important, and it is a serious matter that requires a

6   just punishment.

7        Another extremely important factor for me,

8   however, in this sentencing, as in any sentencing, is

9   the relative culpability of the persons that are

10  involved and that have come before me for sentencing.

11       I will be corrected if I am wrong, but I believe

12  the longest sentence that has been imposed is on Mr.

13  Varatharasa of 57 months.  Now he did plead guilty and

14  accept responsibility.

15       On the other hand, Mr. Varatharasa, of course,

16  is the actual member of the Tamil Tigers, and under

17  the theory of this case, is a terrorist himself, and

18  certainly was involved in what those weapons were

19  going to be used for.  So I need to take that into

20  account as well.

21       Considering all these things and the seriousness

22  of the offense, and also the effect of this

23  prosecution on Mr. Naidu, and the sentence given to

24  Mr. Varatharasa, I believe that I cannot give more

25  than that to Mr. Naidu.  I do think that a sentence of

1        the same amount, however, is appropriate.

2                The sentence is going to be 57 months in the

3        custody of the Bureau of Prisons.  That is going to be

4        followed by a period of two years of supervised

5        release, in which obviously the major condition is

6        that Mr. Naidu will cooperate with the removal

7        proceedings and not return to this country, unless

8        authorized to do so.

9                I am going to suspend drug treatment.  That

10       doesn't appear to be an issue.

11               I am required to impose a $100 special

12       assessment.  His financial circumstances don't permit

13       imposition of a fine.

14               For all the reasons I have just explained, I

15       think that that is an appropriate, sufficient, without

16       being greater than necessary, sentence in this case.

17               Have I left anything out, anything that has not

18       been addressed, anything either side thinks that I

19       have missed?

20               MR. WARWICK:  Nothing by the government.

21               MR. PURPURA:  Nothing by the defense.  Thank

22       you, Your Honor.

23               Unrelated to this, when the Court finishes, can

24       we approach the bench unrelated?

25               THE COURT:  Yes.

1          Just to finish this, Mr. Naidu, of course, you

2     are entitled to appeal both the judgment, the

3     conviction, and the sentence in this case.  You can

4     consult with Mr. Purpura about that.  Any appeal needs

5     to be noted within 14 days.  Again, I am sure counsel

6     will explain that to you.

7          Okay.  Yes.  I will be happy to see counsel on

8     an unrelated matter at the bench.

9          (The proceedings concluded.)

41

REPORTER'S CERTIFICATE

I hereby certify that the foregoing transcript in the matter of United States of America vs. Balraj Naidu, Defendant, Criminal Action No. CCB-08-0091, before the Honorable Catherine C. Blake, United States District Judge, on December 16, 2010 is true and accurate.


_____

Gail A. Simpkins

Official Court Reporter

## $

**$10,000** [2] - 11:6, 11:12
**$100** [1] - 39:11
**$20,000** [1] - 11:13
**$90,000** [1] - 8:1
**$900,000** [1] - 7:25

## '

**'40s** [1] - 27:20
**'50s** [1] - 27:20
**'60s** [2] - 27:19, 27:20
**'70s** [1] - 27:19

## 1

**1** [3] - 2:25, 3:5, 13:6
**1.5** [1] - 13:6
**10** [2] - 13:4, 17:3
**12** [1] - 35:23
**14** [1] - 40:5
**14th** [2] - 27:8, 27:13
**15** [1] - 17:3
**16** [2] - 1:9, 41:6
**18** [2] - 33:3, 33:21
**18th** [1] - 30:14
**1997** [2] - 17:8, 18:8

## 2

**2** [5] - 2:24, 3:4, 3:8, 3:9, 13:7
**20** [1] - 31:22
**2004** [3] - 12:8, 12:9, 16:17
**2006** [8] - 5:10, 8:18, 13:12, 14:7, 14:8, 14:11, 26:8, 26:13
**2008** [2] - 28:20, 29:3
**2009** [6] - 28:20, 29:3, 29:6, 29:8, 30:16, 32:16
**2010** [3] - 1:9, 29:13, 41:6
**23** [1] - 30:16
**25th** [1] - 13:12
**26** [1] - 3:19
**28** [1] - 23:4
**29** [1] - 3:3
**2M** [1] - 3:18

## 3

**3** [1] - 2:25

## 3553(a

**3553(a** [2] - 23:9, 32:23
**3553(a)** [1] - 36:3
**3C1.1** [1] - 20:1

## 4

**4** [1] - 2:25
**47** [1] - 32:25
**48** [1] - 32:25

## 5

**5** [1] - 2:25
**5,000** [2] - 11:7, 11:8
**5.3** [1] - 3:19
**57** [2] - 38:13, 39:2

## 6

**6** [2] - 2:24, 3:2

## 7

**78** [1] - 23:7

## 9

**97** [1] - 23:8

## A

**above-entitled** [1] - 1:11
**absolute** [1] - 30:19
**absolutely** [1] - 14:4
**accept** [1] - 38:14
**acceptance** [3] - 21:22, 21:25, 23:3
**accepted** [3] - 22:15, 22:18, 22:24
**accomplished** [2] - 20:11, 33:12
**account** [1] - 38:20
**accurate** [1] - 41:7
**acknowledged** [3] - 28:18, 28:23, 29:12
**acknowledges** [3] - 29:9, 29:10, 29:11
**acquire** [1] - 24:18
**act** [1] - 8:15
**Action** [1] - 41:4
**actions** [1] - 30:23
**active** [3] - 20:17, 21:1, 21:6
**activities** [6] - 5:8,
17:14, 24:11, 26:1, 26:3, 30:5
**activity** [3] - 5:24, 25:13, 25:16
**acts** [3] - 18:1, 19:20, 36:15
**actual** [1] - 38:16
**adamant** [1] - 25:2
**addition** [1] - 36:1
**additional** [1] - 37:18
**addressed** [1] - 39:18
**adds** [1] - 3:23
**adjustment** [16] - 3:24, 3:25, 4:23, 7:7, 9:1, 10:5, 18:18, 20:1, 20:3, 20:6, 20:9, 20:23, 20:25, 21:14, 23:2
**adjustments** [1] - 8:3
**admit** [3] - 4:8, 17:24, 17:25
**admitted** [7] - 17:5, 19:14, 22:9, 22:10, 22:11, 22:23, 28:17
**advantage** [1] - 24:17
**Advisory** [4] - 3:12, 22:15, 23:5, 36:2
**affected** [1] - 30:1
**Afghanistan** [1] - 24:5
**afraid** [1] - 34:10
**African** [1] - 11:16
**aftermath** [1] - 26:2
**age** [1] - 31:17
**agencies** [1] - 35:7
**agent** [2] - 12:16, 15:9
**agents** [1] - 6:23
**agree** [1] - 22:21
**agreement** [1] - 35:18
**agreements** [1] - 3:14
**airlines** [1] - 36:18
**airport** [2] - 13:13, 13:15
**AI** [1] - 24:2
**Al-Qaeda** [1] - 24:2
**allegedly** [1] - 4:1
**allow** [2] - 29:14, 29:15
**alone** [1] - 37:19
**AMERICA** [1] - 1:4
**America** [2] - 2:5, 41:3
**amount** [2] - 8:2, 39:1
**apologize** [1] - 21:17
**appeal** [2] - 40:2, 40:4
**appear** [1] - 39:10
**applicable** [1] - 19:10
**apply** [2] - 19:25, 20:2
**approach** [1] - 39:24
**appropriate** [6] - 8:4, 9:2, 30:17, 30:19,
39:1, 39:15
**appropriately** [1] - 19:15
**approved** [1] - 22:20
**area** [2] - 27:9, 27:12
**areas** [2] - 11:21, 27:14
**ares** [1] - 31:16
**argue** [1] - 19:15
**argued** [2] - 24:23, 27:25
**argument** [2] - 4:6, 23:1
**arguments** [1] - 23:9
**arms** [33] - 5:15, 5:21, 6:14, 6:20, 7:1, 7:2, 7:24, 10:1, 10:11, 10:19, 11:2, 11:5, 11:10, 11:11, 12:8, 12:12, 12:24, 15:12, 15:13, 16:5, 16:18, 25:6, 25:12, 25:18, 30:22, 31:1, 31:4, 31:5, 37:1, 37:2, 38:3, 38:4
**arrest** [1] - 14:17
**arrested** [7] - 14:6, 14:7, 14:18, 30:5, 30:6, 30:8, 31:10
**arrival** [1] - 30:14
**Asia** [2] - 24:12
**assassinate** [1] - 27:2
**assassinations** [2] - 24:9, 24:20
**assessment** [1] - 39:12
**assuming** [2] - 19:11, 22:21
**atomic** [1] - 29:25
**atrocities** [5] - 28:11, 29:8, 29:20, 34:24, 35:5
**attack** [1] - 23:24
**attacking** [1] - 28:6
**attacks** [1] - 28:2
**attempt** [1] - 11:14
**attempting** [1] - 36:8
**attend** [1] - 2:19
**attitude** [1] - 25:11
**Austen** [4] - 11:8, 12:14, 12:23, 16:4
**Australia** [2] - 5:3, 9:25
**authorities** [1] - 6:7
**authorized** [2] - 37:4, 39:8

## B

**B.C** [1] - 27:11
**background** [2] - 32:25, 35:19
**bad** [1] - 27:24
**BALRAJ** [1] - 1:6
**Balraj** [18] - 2:5, 2:12, 5:9, 5:11, 7:18, 7:21, 10:7, 10:8, 10:9, 10:16, 10:17, 16:19, 24:15, 25:3, 25:13, 26:5, 26:13, 41:3
**Baltimore** [3] - 1:8, 13:12, 16:16
**Bambang** [4] - 6:5, 6:9, 6:10
**bankrupt** [1] - 31:14
**bankruptcy** [2] - 31:8, 31:15
**base** [1] - 3:18
**based** [4] - 32:23, 32:24, 32:25, 36:13
**basis** [2] - 16:7, 19:22
**become** [1] - 23:12
**becomes** [1] - 28:9
**beginning** [1] - 21:2
**behalf** [1] - 2:11
**bench** [2] - 39:24, 40:8
**best** [1] - 15:1
**better** [1] - 28:9
**between** [7] - 6:2, 7:4, 8:14, 16:1, 16:2, 36:11, 37:6
**bin** [2] - 12:19, 33:14
**Bin** [18] - 5:3, 8:7, 8:9, 9:6, 10:2, 10:3, 11:18, 13:8, 13:11, 13:14, 13:19, 14:1, 14:21, 14:22, 16:1, 16:23, 20:14, 26:9
**bits** [1] - 9:7
**Blake** [3] - 1:12, 2:9, 41:5
**bombings** [1] - 23:21
**bond** [1] - 29:25
**boundaries** [1] - 27:7
**branch** [1] - 24:2
**bringing** [1] - 20:16
**Britain** [1] - 29:2
**broken** [1] - 22:7
**broker** [2] - 20:19, 24:17
**brought** [7] - 5:11, 6:3, 8:5, 12:9, 30:10, 34:25, 35:1
**Buddhist** [1] - 27:16
**Bureau** [1] - 39:3

**business** [8] - 5:4, 6:16, 7:3, 10:12, 25:12, 31:7, 37:2, 37:23
**buyer** [1] - 20:20
**buyers** [1] - 8:23

# C

**calculate** [1] - 3:12
**callous** [1] - 25:17
**candid** [1] - 18:19
**candidly** [1] - 16:20
**candor** [1] - 4:14
**cannot** [2] - 20:23, 38:24
**care** [1] - 35:14
**cared** [2] - 24:24, 35:14
**careful** [1] - 36:22
**case** [13] - 1:11, 2:2, 9:2, 9:20, 15:9, 17:13, 28:15, 30:23, 31:21, 35:16, 38:17, 39:16, 40:3
**cases** [3] - 20:4, 23:11, 33:10
**Category** [1] - 23:5
**Catherine** [2] - 1:12, 41:5
**CCB-08-0091** [3] - 1:5, 2:6, 41:4
**centuries** [1] - 27:8
**Century** [2] - 27:8, 27:13
**certainly** [13] - 2:21, 4:8, 4:13, 4:15, 8:1, 8:4, 8:20, 8:24, 16:8, 19:22, 20:11, 20:18, 38:18
**CERTIFICATE** [1] - 41:1
**certify** [1] - 41:2
**chain** [2] - 12:1, 15:7
**change** [1] - 9:21
**characteristics** [1] - 37:10
**charges** [1] - 33:24
**chilling** [2] - 23:12, 25:19
**China** [3] - 5:17, 5:19, 11:20
**choice** [1] - 23:14
**circles** [1] - 37:4
**circumstances** [2] - 36:5, 39:12
**citizen** [2] - 37:15, 37:20
**civil** [7] - 18:3, 23:16,

26:4, 26:21, 27:5, 27:7, 32:14
**Civil** [1] - 28:6
**civilian** [1] - 36:17
**civilians** [1] - 29:25
**claiming** [1] - 29:6
**clarify** [1] - 3:4
**clean** [2] - 28:15, 28:16
**clear** [2] - 10:20, 37:21
**clearly** [14] - 7:21, 14:25, 15:23, 16:9, 16:19, 18:16, 19:10, 19:13, 20:8, 21:3, 32:12
**close** [1] - 31:10
**cloth** [3] - 13:4, 13:7, 13:8
**co** [1] - 36:7
**co-defendants** [1] - 36:7
**Cole** [1] - 24:2
**colonel** [2] - 25:25, 29:10
**Colonel** [2] - 23:18, 28:17
**colorable** [2] - 4:6
**comedic** [1] - 13:9
**coming** [1] - 31:20
**commercial** [1] - 36:18
**Commission** [1] - 29:3
**commission** [8] - 7:25, 13:3, 13:4, 13:5, 14:13, 15:3, 21:4, 31:3
**committing** [1] - 28:4
**Commons** [1] - 29:2
**communication** [1] - 21:3
**community** [1] - 32:7
**compared** [1] - 4:21
**comparison** [2] - 20:13, 21:10
**completes** [1] - 13:8
**concerned** [1] - 32:18
**conclude** [1] - 26:6
**concluded** [1] - 40:9
**conclusion** [1] - 21:15
**condition** [1] - 39:5
**conduct** [1] - 19:14
**conduit** [2] - 8:14, 13:1
**conflict** [1] - 7:4
**connected** [1] - 6:10
**consider** [5] - 19:24, 23:7, 25:23, 33:20, 36:1
**considered** [1] - 38:3

**considering** [1] - 38:21
**considers** [1] - 15:24
**consistently** [2] - 23:13, 29:5
**conspiracy** [8] - 3:16, 3:20, 4:22, 9:8, 20:5, 20:10, 21:2, 21:13
**conspired** [2] - 24:18
**constant** [1] - 16:7
**constantly** [1] - 22:10
**construe** [1] - 4:15
**construed** [1] - 4:9
**consult** [1] - 40:4
**contact** [10] - 6:3, 6:15, 6:22, 10:2, 10:6, 12:13, 13:15, 13:21, 14:24
**contacted** [2] - 15:14, 15:15
**contacts** [15] - 5:7, 5:18, 6:2, 7:12, 10:8, 10:9, 10:12, 10:16, 10:18, 10:21, 11:2, 11:4, 12:3, 16:17
**contested** [2] - 17:7, 22:1
**contests** [1] - 17:8
**continues** [2] - 29:20, 29:21
**continuing** [1] - 29:9
**continuously** [1] - 18:12
**contract** [4] - 16:21, 16:23, 16:25, 31:2
**contrary** [1] - 24:22
**convicted** [2] - 3:15, 19:16
**conviction** [1] - 40:3
**cooperate** [1] - 39:6
**cooperated** [1] - 8:9
**cooperating** [1] - 35:7
**coordinates** [1] - 10:3
**copied** [1] - 24:1
**correct** [2] - 7:9, 19:12
**corrected** [1] - 38:11
**counsel** [3] - 7:8, 40:5, 40:7
**Count** [5] - 3:2, 3:4, 3:5, 3:8, 3:9
**countries** [1] - 6:13, 8:25, 31:5
**country** [11] - 24:10, 24:11, 27:14, 28:21, 29:18, 30:6, 30:14, 33:17, 37:15, 37:17, 39:7
**Counts** [1] - 2:24
**course** [5] - 3:15, 4:2, 23:6, 38:15, 40:1

**court** [2] - 8:5, 25:21
**COURT** [28] - 1:1, 2:2, 2:8, 2:10, 2:15, 2:21, 3:1, 3:7, 3:10, 4:20, 7:6, 9:9, 9:16, 19:2, 19:7, 21:18, 21:21, 21:24, 22:17, 23:1, 26:17, 30:16, 34:10, 34:16, 35:17, 35:22, 35:25, 39:25
**Court** [23] - 1:25, 2:7, 2:19, 2:22, 3:2, 4:15, 4:25, 7:9, 9:22, 15:24, 16:10, 22:6, 25:22, 26:22, 27:10, 27:25, 32:22, 33:20, 34:4, 35:19, 39:23, 41:11
**courtroom** [1] - 36:25
**courts** [2] - 34:21
**craft** [1] - 23:24
**crime** [2] - 4:10, 36:6
**crimes** [1] - 34:20
**criminal** [3] - 33:1, 34:21, 37:11
**CRIMINAL** [1] - 1:5
**Criminal** [3] - 2:6, 23:5, 41:4
**cross** [3] - 4:9, 17:3, 17:17
**cross-examination** [2] - 4:9, 17:3
**cross-examined** [1] - 17:17
**culpability** [5] - 8:20, 20:9, 21:8, 36:11, 38:9
**culpable** [1] - 8:21
**culture** [1] - 30:12
**custody** [6] - 30:11, 30:19, 37:15, 37:17, 37:19, 39:3
**cut** [4] - 16:8, 16:9, 21:5, 21:11

# D

**Damon** [5] - 12:15, 12:23, 14:3, 15:14, 15:15
**dangerous** [1] - 3:21
**date** [2] - 30:17, 30:19
**daughters** [1] - 31:22
**David** [3] - 12:14, 12:23, 16:4
**days** [1] - 40:5
**deadly** [1] - 24:18
**deal** [17] - 6:12, 11:11, 12:24, 13:9, 13:23,

14:2, 14:9, 14:23, 14:24, 15:2, 15:9, 16:3, 19:14, 20:21, 20:25, 31:1, 37:25
**dealer** [4] - 7:1, 16:5, 20:20, 30:22
**dealers** [2] - 6:14, 31:4
**dealing** [7] - 11:10, 12:7, 12:8, 14:3, 16:17, 25:18, 37:1
**dealings** [1] - 15:12
**deals** [2] - 7:24, 12:11
**dealt** [1] - 10:18
**dear** [1] - 30:13
**Dearie** [1] - 26:24
**death** [1] - 24:24
**December** [3] - 1:9, 30:14, 41:6
**decide** [3] - 22:7, 22:8
**declared** [1] - 17:9
**deeply** [1] - 8:11
**defaulted** [1] - 31:11
**DEFENDANT** [2] - 1:7, 34:14
**defendant** [4] - 2:23, 4:8, 6:3, 6:11
**Defendant** [2] - 1:21, 41:4
**defendant's** [1] - 4:7
**defendants** [1] - 36:7
**defense** [2] - 19:5, 39:21
**definition** [1] - 13:5
**degree** [1] - 37:18
**deliver** [1] - 26:14
**denies** [1] - 18:12
**Department** [5] - 17:9, 28:19, 28:25, 29:1, 36:13
**depression** [1] - 31:19
**described** [6] - 20:12, 20:17, 21:8, 36:16, 37:7
**deserves** [1] - 25:21
**deserving** [1] - 25:24
**designated** [5] - 18:11, 19:18, 22:4, 22:14, 34:21
**designation** [2] - 22:22, 36:13
**desired** [1] - 26:7
**despite** [2] - 10:17, 30:22
**destroyed** [1] - 32:9
**detail** [4] - 2:14, 4:13, 18:15, 23:19
**detain** [1] - 33:19
**detained** [1] - 30:7
**deter** [1] - 37:22

deterrence [2] - 37:21, 38:2
detonating [1] - 24:8
detriment [1] - 25:14
detrimental [1] - 25:15
developed [1] - 28:9
Development [1] - 29:1
devices [1] - 24:3
devised [1] - 24:6
different [2] - 8:25, 27:15
differently [1] - 17:16
difficult [2] - 36:3, 37:5
direct [2] - 17:2, 17:5
directly [1] - 14:3
disagreements [1] - 3:14
discontent [1] - 29:17
discriminated [1] - 18:6
discussions [1] - 7:20
dishes [1] - 32:3
dismissed [2] - 2:25, 3:2
displayed [2] - 25:20, 36:24
dispute [2] - 36:14, 36:19
disputed [1] - 19:8
disregard [1] - 25:17
disseminated [1] - 32:7
DISTRICT [2] - 1:1, 1:2
District [3] - 1:13, 26:23, 41:6
docket [1] - 3:7
dollar [1] - 31:10
done [2] - 10:10, 25:8
down [3] - 22:7, 27:10, 27:12
downward [2] - 7:7, 23:2
drawn [1] - 4:12
drive [1] - 13:13
drives [1] - 13:14
dropped [1] - 29:24
drove [1] - 25:12
drug [1] - 39:9
due [1] - 26:5
Dunno [1] - 11:15
during [4] - 3:3, 8:8, 17:20, 26:8
dynasty [1] - 27:13

### E

e-mail [5] - 6:19,

13:15, 13:18, 14:10, 25:6
e-mails [12] - 5:13, 8:18, 9:3, 12:18, 13:1, 13:16, 15:2, 15:25, 16:10, 16:15, 21:3, 25:3
early [1] - 10:18
Eastern [1] - 26:23
eastern [1] - 27:9
eat [1] - 25:10
effect [2] - 25:15, 38:22
efficiency [1] - 24:7, 24:8
efforts [2] - 6:13, 21:12
egregious [1] - 35:16
either [2] - 4:3, 39:18
elements [1] - 4:10
Elmo [1] - 9:12
Embassy [1] - 33:9
employee [1] - 37:12
encourage [1] - 26:7
end [5] - 16:8, 21:11, 25:23, 32:22, 35:5
engage [2] - 25:13, 25:15
engaged [2] - 24:9, 36:15
England [1] - 27:21
entire [2] - 20:24, 35:16
entitled [3] - 1:11, 21:25, 40:2
Eric [2] - 10:6, 10:8
especially [4] - 10:4, 15:23, 15:24, 32:19
Esquire [3] - 1:19, 1:19, 1:22
essence [1] - 22:2
established [1] - 9:3
European [1] - 29:3, 29:10
events [2] - 15:8, 21:6
eventually [2] - 7:3, 13:8
evidence [2] - 9:7, 20:24
exactly [5] - 3:9, 14:22, 16:24, 17:1, 17:13
examination [4] - 4:9, 17:2, 17:3, 17:5
examined [1] - 17:17
example [1] - 7:1
except [2] - 13:21, 22:12
excluded [1] - 20:21
excuse [1] - 13:25

experience [1] - 15:13
expertise [1] - 15:11
explain [1] - 40:6
explained [2] - 23:18, 39:14
explosive [1] - 24:3
extensively [2] - 5:12, 24:6
extent [2] - 13:22, 21:5
extorted [1] - 24:10
extradited [1] - 2:23
extradition [1] - 5:2
extremely [1] - 38:7
eyes [1] - 33:10

### F

facilities [1] - 36:17
fact [8] - 9:19, 15:5, 15:11, 23:14, 26:4, 26:5, 30:17, 37:1
factor [5] - 22:9, 22:10, 22:11, 22:12, 38:7
factors [3] - 23:7, 32:24, 36:2
facts [3] - 9:2, 14:20, 15:22
falsely [2] - 4:2, 19:23
family [5] - 30:12, 32:9, 34:15, 37:13, 37:24
far [7] - 3:7, 4:7, 7:10, 8:20, 9:7, 32:17
father [1] - 31:21
fault [2] - 18:19
February [1] - 5:10
felt [1] - 30:24
fighter [2] - 7:15, 28:4
fighting [2] - 5:2, 26:6
figure [1] - 24:21
filed [1] - 26:23
final [1] - 20:21
financial [1] - 39:12
financier [1] - 5:1
fine [2] - 3:10, 39:13
finish [1] - 40:1
finishes [1] - 39:23
finite [1] - 7:17
fire [2] - 28:7, 29:17
firearms [1] - 3:22
first [4] - 2:20, 17:13, 19:8, 36:5
five [1] - 8:25
flat [2] - 31:13, 31:14
flushed [1] - 23:12
focused [1] - 19:17
followed [1] - 39:4

FOR [1] - 1:2
forces [1] - 27:3
forefront [1] - 6:17
foregoing [1] - 41:2
foreign [10] - 3:17, 17:10, 17:20, 17:21, 17:23, 18:11, 18:13, 19:19, 22:4, 37:17
foreigner [1] - 37:14
forth [3] - 13:18, 16:6, 19:20
forward [5] - 13:13, 13:19, 13:23, 13:25, 14:1
forwarded [1] - 9:6
frame [2] - 26:8, 26:12
frankly [1] - 15:17
free [1] - 33:18
frequently [2] - 37:2, 37:3
front [1] - 11:6
fuels [1] - 25:11
future [1] - 37:9

### G

Gail [2] - 1:25, 41:10
General [4] - 7:10, 11:9, 11:12, 12:4
general [1] - 34:19
generally [1] - 38:2
generations [1] - 30:1
genocide [1] - 18:6
gentleman [3] - 5:2, 9:25, 11:5
Girven [4] - 23:18, 25:25, 28:17, 29:10
given [3] - 11:7, 11:9, 38:23
gloves [2] - 32:3, 32:4
glue [3] - 16:1, 16:3, 16:4
Government [1] - 1:18
government [17] - 4:4, 4:18, 17:12, 17:15, 19:15, 23:15, 27:6, 28:14, 28:19, 29:14, 29:21, 32:15, 34:1, 35:6, 36:12, 37:11, 39:20
government's [4] - 10:17, 18:10, 23:14, 28:16
granted [1] - 7:9
great [2] - 19:14, 37:25
greater [1] - 39:16
greed [1] - 25:12
grenade [2] - 17:25,

24:19
grenades [1] - 24:19
grounds [1] - 4:16
group [1] - 11:1
Guam [2] - 14:6, 14:17
Guangzhou [1] - 5:17
guideline [1] - 19:3
Guideline [8] - 3:12, 3:18, 3:20, 21:16, 21:19, 23:6, 25:24, 36:2
guideline-related [1] - 19:3
Guidelines [1] - 15:20, 20:8
guilty [2] - 38:13
guns [1] - 35:10

### H

Haji [12] - 6:11, 6:21, 12:5, 12:7, 12:13, 12:17, 12:18, 12:22, 15:24, 15:25, 16:11, 16:13
half [1] - 30:11
hand [2] - 36:22, 38:15
hands [3] - 28:15, 28:16, 32:4
Haniffa [4] - 5:3, 10:2, 10:3, 16:1
happy [2] - 23:9, 40:7
harder [1] - 25:7
hate [1] - 24:6
hear [3] - 9:14, 34:9, 34:10
heard [9] - 11:7, 11:13, 13:17, 14:21, 20:24, 27:25, 30:21, 35:19, 36:13
held [1] - 16:4
help [6] - 5:6, 14:13, 14:14, 31:2, 31:24
hereby [1] - 41:2
heros [1] - 28:1
himself [4] - 14:18, 32:9, 37:23, 38:17
Hindu [4] - 10:14, 27:17, 32:20, 35:21
History [1] - 23:5
history [3] - 26:25, 33:1, 37:10
hit [1] - 30:8
holding [1] - 16:4
holds [1] - 30:13
home [5] - 30:6, 33:2, 33:22, 33:23, 37:24
honest [1] - 18:19

honestly [1] - 18:20
Hong [1] - 5:16
Honor [12] - 2:4, 2:18,
4:4, 6:17, 9:11, 19:5,
19:6, 23:11, 25:17,
26:16, 34:15, 39:22
Honorable [2] - 1:12,
41:5
hoped [1] - 21:3
House [1] - 29:2
housekeeping [1] -
2:19
huge [3] - 32:5, 32:6,
32:10
human [1] - 28:20
Human [2] - 28:25,
29:4
humanitarian [1] -
25:19
hundred [1] - 23:21
hundreds [1] - 13:16

I

identical [1] - 17:18
identify [1] - 6:7
II [4] - 28:5, 29:24,
34:22, 34:23
illegal [3] - 25:12,
38:3, 38:4
immediate [2] - 10:2,
37:9
immediately [1] - 10:7
impact [4] - 32:5,
32:6, 37:22, 37:24
important [3] - 20:4,
38:5, 38:7
impose [1] - 39:11
imposed [1] - 38:12
imposition [2] - 2:7,
39:13
improved [1] - 24:7
improvised [1] - 24:3
IN [1] - 1:1
incarceration [2] -
33:5, 33:13
incentive [1] - 7:23
including [4] - 20:14,
24:5, 31:14, 36:17
increase [1] - 3:19
independence [1] -
27:20
independent [1] -
10:21
India [2] - 27:11, 27:12
indicate [1] - 22:6
indicated [3] - 9:18,
32:1, 32:2
indication [1] - 10:18

indictment [2] - 2:24,
3:5
individual [1] - 6:20
individuals [1] - 6:9
Indonesia [2] - 5:17,
5:20
Indonesian [2] - 6:7,
11:5
Indonesians [4] - 6:4,
7:5, 7:11
inept [1] - 16:20
infection [1] - 32:4
information [1] - 26:9
initial [3] - 4:14, 17:11,
22:11
inspect [1] - 7:16
instances [1] - 19:12
interest [3] - 23:17,
24:22, 35:11
interested [1] - 13:2,
35:12, 35:13
Internal [1] - 29:1
international [6] -
10:12, 10:24, 12:7,
15:12, 15:13, 30:25
internationally [2] -
10:24, 33:7
intervention [1] -
29:16
introduced [1] - 11:18
invented [1] - 28:2
involved [14] - 3:21,
4:21, 8:11, 8:25,
20:5, 20:14, 21:13,
23:20, 30:25, 36:7,
36:24, 37:3, 38:10,
38:18
involvement [2] -
19:13, 20:7
involving [1] - 14:11
Iraq [1] - 24:5
irrelevant [1] - 35:8
issue [8] - 21:20, 22:1,
22:2, 22:9, 22:14,
30:2, 31:6, 39:10
issues [4] - 18:8, 19:3,
19:8, 36:4
itself [1] - 28:13

J

James [1] - 1:19
January [1] - 5:9
Japanese [1] - 28:4
job [1] - 32:2
John [7] - 5:12, 6:2,
10:22, 10:25, 11:14,
11:17, 11:25, 12:2,
12:3

Johney [11] - 5:12,
6:2, 10:22, 10:25,
11:15, 11:17, 11:25,
12:2, 12:3, 12:4
Jr [1] - 1:22
judge [2] - 9:14, 35:3
Judge [6] - 1:13, 2:9,
21:17, 26:24, 34:4,
41:6
judgment [1] - 40:2
July [4] - 13:12, 14:11,
21:6
June [1] - 8:18
jury [6] - 3:5, 19:16,
19:21, 22:6, 22:8,
24:23
justice [5] - 4:1, 9:15,
34:25, 35:1, 35:12

K

kill [2] - 25:1, 27:1,
27:3, 31:6, 35:10
killed [1] - 35:15
kind [1] - 33:24
Kingdom [1] - 29:1
knit [1] - 11:1
knowing [1] - 19:19
knowledge [5] -
18:12, 22:3, 22:18,
22:20, 22:23
knows [7] - 10:9,
10:10, 10:24, 12:5,
12:11, 27:25, 33:24
Kong [1] - 5:16
Korea [1] - 5:21

L

lack [2] - 4:13, 15:11
land [1] - 37:19
Lanka [12] - 18:2,
18:3, 18:7, 27:6,
27:9, 27:21, 28:14,
28:19, 29:14, 32:19,
34:25, 35:5
Lankan [6] - 18:9,
23:15, 23:25, 29:21,
35:6, 36:12
large [1] - 31:9
larger [3] - 23:24,
28:3, 28:6
lasted [1] - 17:3
laughable [1] - 13:10
launcher [1] - 17:25
launchers [1] - 24:19
lawful [1] - 25:19
lawyer [2] - 16:25,

31:2
lead [1] - 5:14
leader [8] - 3:25,
11:11, 14:25, 15:5,
15:23, 18:24, 20:3,
20:12
leadership [3] - 15:16,
15:17, 16:14
leading [2] - 13:24,
14:4
leads [1] - 15:8
least [5] - 4:14, 11:19,
16:11, 32:17, 36:17
leave [2] - 17:14,
31:19
led [1] - 6:14
left [2] - 13:18, 39:17
legal [1] - 22:2
legitimate [2] - 31:1,
37:2
lengthy [1] - 33:16
leniency [1] - 25:22
less [2] - 15:10, 24:24
letters [1] - 30:20
letting [1] - 28:22
level [10] - 3:18, 3:23,
3:25, 7:6, 9:1, 19:25,
20:2, 20:22, 23:2,
23:4
life [2] - 30:22, 37:12
lifetime [1] - 25:10
light [3] - 20:6, 23:13,
26:20
likely [1] - 37:9
list [2] - 5:22, 9:23
listed [1] - 28:19
listen [1] - 23:9
lists [1] - 9:5
literally [3] - 31:13,
31:20, 33:3
lived [1] - 11:16
living [1] - 30:22
loan [2] - 31:9, 31:11
local [1] - 32:2
longest [1] - 38:12
look [5] - 15:22, 20:5,
28:22, 29:20
looking [3] - 11:2,
16:20, 16:22
loose [1] - 11:1
loose-knit [1] - 11:1
loss [1] - 37:23
lost [2] - 14:12, 31:8
lower [1] - 6:21
LTTE [14] - 5:6, 10:1,
14:14, 19:18, 22:3,
22:14, 23:16, 23:19,
24:8, 24:16, 24:22,
26:1, 26:11, 36:11

M

mail [5] - 6:19, 13:15,
13:18, 14:10, 25:6
mails [12] - 5:13, 8:18,
9:3, 12:18, 13:1,
13:16, 15:2, 15:25,
16:10, 16:15, 21:3,
25:3
Mainland [1] - 11:20
maintain [1] - 31:24
major [1] - 39:5
man [1] - 35:9
mandatory [1] - 31:17
marked [2] - 27:7,
27:14
Mary [1] - 3:19
MARYLAND [1] - 1:2
Maryland [1] - 1:8
material [2] - 3:16,
19:23
matter [10] - 2:6, 2:6,
5:3, 8:3, 15:11,
19:23, 36:10, 38:5,
40:8, 41:3
matters [1] - 2:19
mean [3] - 8:16, 12:1,
27:24
meeting [1] - 11:19
meetings [1] - 11:19
member [2] - 24:16,
38:16
memo [1] - 9:19
memorandum [3] -
21:24, 26:23, 27:23
mentioned [1] - 36:18
mercenary [1] - 24:24
merchant [2] - 24:16,
24:24
might [1] - 37:8
military [2] - 31:17,
31:18
million [1] - 31:10
minimize [1] - 4:11
minimized [1] - 19:13
minor [12] - 7:7, 9:19,
15:1, 15:6, 15:23,
16:7, 16:9, 16:18,
18:25, 20:24, 21:9,
21:14
minutes [1] - 17:3
missed [1] - 39:19
moment [1] - 18:15
money [16] - 7:19,
7:22, 11:6, 11:9,
11:21, 11:22, 24:10,
25:4, 25:8, 25:10,
25:21, 35:9, 35:13,
35:14, 36:21, 37:13

**month** [1] - 33:5
**months** [6] - 13:17, 23:8, 33:3, 33:21, 38:13, 39:2
**morning** [2] - 2:9, 2:10
**most** [4] - 9:7, 12:3, 25:5, 35:16
**mother** [2] - 31:25, 32:1
**motion** [1] - 3:3
**motivation** [1] - 7:23
**moved** [1] - 7:3
**MR** [27] - 2:4, 2:9, 2:11, 2:18, 2:22, 3:2, 3:9, 4:4, 4:24, 7:8, 9:11, 9:17, 19:5, 19:6, 21:17, 21:19, 21:22, 21:25, 22:25, 23:11, 26:19, 30:18, 34:18, 35:3, 35:18, 39:20, 39:21
**Muslim** [1] - 32:20
**must** [4] - 25:8, 34:2

### N

**NAIDU** [1] - 1:6
**Naidu** [71] - 2:6, 2:12, 3:15, 3:24, 5:9, 5:11, 5:14, 5:18, 5:24, 7:18, 7:21, 8:1, 8:14, 8:16, 8:17, 9:6, 9:19, 10:7, 10:8, 10:9, 10:10, 10:16, 10:17, 11:7, 11:15, 11:17, 12:2, 12:6, 12:19, 12:24, 13:22, 13:24, 14:4, 14:9, 14:11, 14:22, 14:23, 16:8, 16:12, 16:14, 16:19, 19:11, 19:21, 20:12, 20:18, 21:11, 22:2, 24:15, 24:23, 25:3, 25:13, 26:5, 26:9, 26:13, 30:5, 32:6, 32:8, 33:19, 34:6, 34:11, 36:7, 36:19, 37:22, 38:1, 38:23, 38:25, 39:6, 40:1, 41:4
**Naidu's** [4] - 6:13, 8:24, 32:25, 37:10
**name** [1] - 12:15
**nation** [1] - 29:19
**national** [2] - 30:8, 30:9
**Nations** [3] - 28:22, 29:4, 29:15
**native** [1] - 11:16

**nature** [1] - 36:5
**Navy** [1] - 24:1
**necessary** [1] - 39:16
**need** [10] - 2:25, 4:17, 12:20, 17:4, 17:17, 26:10, 33:11, 35:3, 37:25, 38:19
**needs** [4] - 25:13, 25:14, 34:17, 40:4
**negotiate** [2] - 6:21, 12:24
**negotiating** [2] - 16:6, 28:21
**negotiations** [1] - 6:20
**negotiator** [1] - 20:19
**never** [3] - 11:13, 13:5, 18:20
**new** [5] - 23:22, 28:1, 28:3, 28:8, 28:10
**newspaper** [2] - 30:8, 30:9
**next** [3] - 10:6, 11:14, 11:25
**NO** [1] - 1:5
**non** [1] - 19:10
**non-applicable** [1] - 19:10
**none** [2] - 13:21, 19:5
**North** [1] - 5:21
**northern** [1] - 27:9
**Northern** [1] - 27:11
**noted** [2] - 16:11, 40:5
**nothing** [19] - 9:20, 11:23, 11:24, 12:25, 13:22, 14:5, 15:10, 24:23, 28:1, 28:3, 28:8, 28:10, 33:11, 34:4, 39:20, 39:21
**notorious** [2] - 24:12, 24:13
**number** [5] - 10:13, 10:14, 10:16, 20:5, 36:3
**Number** [1] - 2:6
**numerous** [3] - 12:10, 34:6, 36:15

### O

**o'clock** [1] - 35:23
**obliterated** [1] - 29:25
**obstruction** [4] - 4:1, 4:16, 9:15, 19:9
**obtain** [1] - 5:19
**obtained** [1] - 6:1
**obviously** [5] - 3:11, 7:22, 27:24, 36:6, 39:5
**occasion** [1] - 26:9

**occur** [1] - 34:20
**occurred** [1] - 15:8
**occurring** [1] - 18:1
**October** [1] - 26:12
**OF** [2] - 1:2, 1:4
**offense** [6] - 3:15, 3:18, 4:5, 23:4, 36:6, 38:22
**offenses** [1] - 8:6
**offensive** [1] - 26:11
**Official** [2] - 1:25, 41:11
**old** [2] - 31:23, 33:1
**once** [1] - 6:22
**one** [19] - 6:25, 7:24, 9:7, 10:13, 14:10, 15:7, 19:17, 19:20, 21:19, 23:6, 25:5, 25:6, 26:13, 26:20, 29:5, 30:9, 30:13, 35:3
**opened** [1] - 33:11
**operation** [1] - 12:14
**opportunity** [1] - 24:17
**opposed** [1] - 19:19
**opted** [1] - 24:17
**orders** [1] - 12:22
**organization** [12] - 3:17, 17:10, 17:20, 17:22, 17:23, 18:11, 18:13, 19:19, 22:5, 22:15, 23:20, 36:9
**organized** [2] - 5:24, 8:24
**organizer** [9] - 3:25, 4:19, 4:21, 8:22, 14:25, 15:5, 18:24, 20:3, 20:13
**organizing** [1] - 10:1
**originated** [1] - 5:22
**Osman** [26] - 5:4, 5:5, 5:7, 8:7, 8:9, 8:16, 8:20, 9:6, 10:3, 11:18, 12:2, 12:19, 13:8, 13:11, 13:14, 13:20, 14:1, 14:7, 14:21, 14:22, 16:2, 16:23, 20:14, 26:10, 33:14
**Ostis** [5] - 12:15, 12:23, 14:4, 15:14, 15:15
**ostracized** [1] - 32:9
**outlined** [1] - 25:25
**outside** [3] - 24:10, 29:16, 29:19
**overall** [2] - 19:13, 19:24
**overhead** [1] - 9:12

**overthrow** [2] - 27:6, 32:15

### P

**paid** [1] - 7:12
**Pala** [3] - 10:6, 10:8, 12:2
**paper** [1] - 14:17
**part** [3] - 4:14, 21:2, 35:16
**participants** [1] - 6:25
**participation** [1] - 35:2
**particular** [6] - 15:10, 22:9, 22:13, 28:2, 28:15, 30:23
**particularly** [5] - 20:13, 20:20, 21:1, 26:20, 28:10
**parts** [1] - 24:5
**passed** [1] - 26:8
**passive** [1] - 6:24
**past** [1] - 10:19
**patriot** [1] - 24:15
**patriotic** [1] - 7:18
**peep** [1] - 13:21
**pending** [2] - 31:19, 33:24
**people** [24] - 4:21, 5:23, 8:25, 10:21, 10:24, 11:1, 14:14, 14:17, 20:5, 25:1, 25:15, 27:1, 27:3, 27:15, 28:14, 29:12, 29:22, 30:4, 31:6, 32:19, 34:25, 35:1, 35:11
**people's** [1] - 33:10
**percent** [5] - 7:23, 13:4, 13:6, 13:7
**percentage** [1] - 16:24
**perhaps** [1] - 15:14
**period** [6] - 15:10, 30:15, 33:12, 33:15, 33:20, 39:4
**periods** [1] - 33:16
**perjured** [1] - 18:22
**permit** [1] - 39:12
**persecution** [2] - 27:18, 27:19
**person** [4] - 10:22, 12:14, 16:1, 18:25
**personal** [1] - 25:12
**personally** [2] - 37:23, 38:1
**persons** [1] - 38:9
**Ph.D** [1] - 10:22
**Philippines** [3] - 5:20,

10:11, 11:20
**phone** [1] - 4:12
**picture** [1] - 20:17
**pilots** [1] - 28:4
**place** [2] - 6:12, 26:12
**places** [2] - 10:10, 23:23
**planning** [1] - 26:11
**played** [1] - 21:6
**players** [1] - 9:23
**plead** [1] - 38:13
**plight** [1] - 10:15
**point** [19] - 5:13, 11:24, 12:24, 12:25, 13:13, 13:16, 13:19, 13:24, 17:5, 17:19, 18:10, 19:17, 19:20, 21:7, 26:5, 32:8, 34:17, 34:18, 35:4
**pointed** [1] - 20:16
**political** [5] - 24:9, 24:21, 32:7, 32:8, 37:6
**population** [2] - 24:13, 27:22
**possible** [1] - 26:15
**possibly** [1] - 15:19
**post** [1] - 34:23
**potential** [3] - 5:25, 25:6, 26:14
**precisely** [1] - 8:8
**preferred** [1] - 8:15
**present** [2] - 2:12, 16:25
**presentations** [1] - 36:1
**presented** [2] - 14:10, 24:18
**presentence** [4] - 2:13, 2:14, 3:13, 3:23
**presents** [1] - 36:3
**pressed** [1] - 26:14
**pressing** [2] - 4:3, 4:5
**pretrial** [1] - 7:20
**previously** [2] - 8:10, 8:12
**price** [1] - 6:21
**Prisons** [1] - 39:3
**proceedings** [4] - 8:9, 31:16, 39:7, 40:9
**process** [1] - 14:12
**proffer** [3] - 17:11, 17:15, 22:11
**proffered** [1] - 17:12
**prolific** [1] - 15:25
**prongs** [2] - 22:17, 22:23
**property** [1] - 31:12
**prosecuted** [1] - 34:24

**prosecution** [1] - 38:23
**protect** [1] - 37:25
**provide** [4] - 3:16, 5:6, 5:21, 7:11
**providing** [2] - 7:12, 36:8
**provision** [1] - 3:21
**public** [1] - 37:25
**punish** [2] - 30:3, 30:4
**punished** [5] - 15:21, 25:14, 32:13, 33:6, 34:20
**punishment** [4] - 32:10, 33:6, 37:18, 38:6
**purpose** [2] - 35:20, 37:3
**purposes** [1] - 3:6
**Purpura** [6] - 1:22, 2:11, 9:10, 23:13, 26:18, 40:4
**PURPURA** [15] - 2:9, 2:11, 9:11, 9:17, 19:5, 21:17, 21:19, 21:22, 21:25, 22:25, 26:19, 30:18, 34:18, 35:18, 39:21
**pushing** [1] - 16:3
**put** [5] - 9:12, 9:22, 20:19, 21:24, 33:14
**putting** [1] - 8:23

## Q

**Qaeda** [1] - 24:2
**questions** [1] - 34:5
**quite** [2] - 15:17, 21:1

## R

**Rachel** [1] - 1:19
**raids** [1] - 28:5
**range** [5] - 3:12, 21:16, 23:6, 25:24, 36:2
**rank** [1] - 4:20
**rather** [2] - 8:16, 23:15
**react** [1] - 36:23
**realize** [1] - 14:16
**really** [6] - 14:19, 30:2, 33:16, 36:10, 36:14, 37:5
**reason** [6] - 9:1, 17:6, 22:12, 22:13, 33:18, 33:19
**reasons** [2] - 26:13, 39:14

**received** [2] - 2:13, 30:20
**recess** [2] - 35:23, 35:24
**recognized** [1] - 37:4
**recollection** [1] - 12:4
**record** [2] - 3:4, 37:11
**reference** [1] - 5:20
**referenced** [1] - 5:12
**reflected** [3] - 3:8, 8:19, 25:3
**refuse** [2] - 29:14, 29:15
**regard** [1] - 8:22
**regarding** [2] - 8:9, 19:8
**related** [1] - 19:3
**relationship** [1] - 5:5
**relative** [4] - 20:8, 21:8, 36:11, 38:9
**release** [1] - 39:5
**released** [3] - 33:17, 33:23, 34:2
**relied** [1] - 19:15
**religious** [1] - 10:23
**removal** [1] - 39:6
**rendered** [1] - 7:25
**repeatedly** [1] - 4:11
**report** [6] - 2:13, 2:14, 3:13, 3:23, 28:20, 29:9
**Report** [2] - 29:2, 29:4
**reported** [1] - 6:18
**Reporter** [2] - 1:25, 41:11
**REPORTER'S** [1] - 41:1
**reports** [1] - 29:5
**representative** [1] - 33:8
**requested** [1] - 7:8
**required** [1] - 39:11
**requires** [1] - 38:5
**respond** [1] - 18:14
**responsibility** [7] - 21:23, 22:1, 22:16, 22:19, 22:24, 23:3, 38:14
**result** [3] - 27:18, 31:12, 31:19
**results** [2] - 25:18, 32:16
**return** [1] - 39:7
**returns** [1] - 13:21
**reviewed** [2] - 2:13, 2:16
**revolution** [2] - 27:6, 32:15
**ridiculous** [1] - 18:18

**rifle** [1] - 17:24
**rifles** [3] - 24:19, 24:20, 27:1
**rights** [1] - 28:20
**Rights** [2] - 28:25, 29:4
**role** [29] - 4:5, 4:11, 4:18, 4:23, 7:2, 7:7, 7:10, 7:15, 7:16, 7:17, 8:3, 8:24, 9:8, 9:18, 9:19, 10:4, 15:1, 15:6, 15:23, 16:7, 16:9, 16:14, 16:18, 18:25, 20:6, 20:24, 21:6, 21:14
**roughly** [1] - 8:1
**RPR** [1] - 1:25
**rubber** [2] - 32:3, 32:4
**Rule** [1] - 3:3
**running** [1] - 12:18
**ruthless** [2] - 23:19

## S

**Santhirajah** [9] - 5:1, 5:23, 6:18, 6:19, 8:4, 8:15, 9:25, 26:8
**saw** [2] - 25:20, 36:24
**scenario** [1] - 14:19
**screen** [1] - 33:15
**second** [1] - 10:2
**sections** [1] - 22:7
**secure** [1] - 7:15
**security** [1] - 7:11
**see** [6] - 3:13, 19:22, 20:22, 21:14, 37:8, 40:7
**seed** [1] - 11:21
**seeing** [1] - 31:20
**seek** [1] - 31:2
**sellers** [1] - 8:23
**selling** [1] - 35:10
**send** [2] - 33:2, 33:21
**sent** [1] - 5:23
**sentence** [2] - 2:7, 25:23, 33:5, 38:12, 38:23, 38:25, 39:2, 39:16, 40:3
**sentenced** [2] - 8:11, 8:12
**sentencing** [9] - 1:11, 8:8, 9:18, 20:15, 26:22, 27:22, 38:8, 38:10
**September** [3] - 14:7, 26:12, 30:16
**serious** [2] - 36:6, 38:5
**seriousness** [1] -

**38:21
**served** [3] - 33:3, 33:4, 33:21
**service** [1] - 7:13
**set** [5] - 23:22, 27:8, 27:13, 28:7, 31:2
**sets** [1] - 26:24
**several** [3] - 5:19, 6:4, 23:20
**sheet** [1] - 3:6
**shift** [1] - 8:17
**ships** [1] - 28:3
**short** [2] - 33:20, 35:23
**shorter** [1] - 18:15
**side** [6] - 7:4, 18:9, 18:10, 23:15, 39:18
**sides** [4] - 16:6, 26:25, 28:1, 28:11
**significant** [1] - 7:24
**silence** [1] - 35:18
**Simpkins** [1] - 1:25, 41:10
**simply** [2] - 35:4, 36:23
**Singapore** [15] - 10:4, 10:6, 11:16, 14:9, 14:23, 16:25, 24:14, 30:7, 30:8, 32:12, 33:8, 33:9, 33:25, 34:2
**single** [2] - 14:10, 17:5
**Sinhalese** [2] - 27:10, 27:16
**sit** [1] - 29:13
**sitting** [1] - 31:20
**small** [3] - 27:14, 28:2, 32:7
**smaller** [2] - 23:24, 28:6
**sniper** [4] - 17:24, 24:19, 24:20, 27:1
**sold** [2] - 31:15, 37:2
**someone** [5] - 5:21, 11:4, 15:14, 24:21, 30:3
**sometime** [2] - 27:11, 27:12
**sometimes** [1] - 37:5
**somewhat** [2] - 5:4, 13:9
**somewhere** [1] - 8:18
**son** [1] - 31:17
**soon** [1] - 26:15
**sophisticated** [2] - 11:10, 12:11
**sorry** [4] - 21:17, 21:18, 27:19, 34:18
**sought** [2] - 5:3, 35:20
**source** [3] - 5:6, 6:10,

**6:11
**sources** [2] - 5:8, 5:25
**South** [2] - 24:12
**Southeast** [1] - 24:12
**southern** [1] - 27:12
**spearheaded** [2] - 5:18, 6:1
**special** [2] - 39:11
**Sri** [18] - 18:2, 18:3, 18:7, 18:9, 23:15, 23:25, 27:6, 27:9, 27:20, 28:14, 28:19, 29:14, 29:21, 32:19, 34:24, 35:5, 35:6, 36:11
**stand** [1] - 8:5
**standard** [2] - 23:22
**started** [1] - 9:23
**starting** [1] - 27:8
**State** [4] - 17:9, 28:18, 28:24, 36:12
**statements** [1] - 25:5
**STATES** [2] - 1:1, 1:4
**States** [27] - 1:12, 2:5, 2:23, 6:6, 13:11, 13:20, 17:9, 18:8, 28:18, 28:24, 29:9, 30:10, 30:11, 31:4, 32:18, 41:3, 41:5
**status** [1] - 6:19
**stay** [3] - 13:2, 15:2, 21:2
**step** [1] - 11:25
**steps** [1] - 15:7
**still** [8] - 5:2, 17:7, 17:22, 28:16, 29:13, 32:16, 33:23, 33:24
**sting** [1] - 12:14
**stoke** [1] - 29:17
**stood** [1] - 7:19
**stopped** [1] - 37:8
**stopping** [1] - 38:3
**strife** [1] - 26:6
**strongly** [1] - 4:19
**studies** [1] - 10:23
**Subandi** [27] - 6:11, 6:15, 6:21, 6:23, 7:1, 7:5, 7:6, 8:21, 12:5, 12:7, 12:10, 12:13, 12:17, 12:18, 12:22, 13:19, 13:25, 14:2, 15:13, 15:24, 15:25, 16:11, 16:13, 16:17, 20:16, 21:10, 21:13
**submitted** [1] - 3:5
**substantial** [4] - 8:2, 21:12, 33:5, 33:6
**succeeds** [1] - 25:9
**successful** [1] - 20:21
**Sudito** [2] - 6:5, 6:10

**suffer** [1] - 35:15
**suffered** [1] - 37:22
**sufficient** [2] - 37:22, 39:15
**suggest** [2] - 18:17, 29:20
**suggested** [1] - 19:9
**suggesting** [1] - 15:18
**suicide** [3] - 23:21, 24:4, 28:5
**supervised** [1] - 39:4
**supplier** [2] - 11:5, 25:7
**suppliers** [3] - 5:14, 25:7, 26:14
**supply** [2] - 7:2, 31:5
**support** [3] - 3:16, 24:11, 37:13
**surrendered** [1] - 29:8
**suspend** [1] - 39:9
**sympathetic** [1] - 10:15
**sympathy** [1] - 24:15

## T

**Tamil** [11] - 7:14, 10:15, 17:9, 22:3, 24:13, 27:21, 29:22, 35:20, 36:15, 38:16
**Tamils** [6] - 18:5, 27:11, 27:16, 32:20, 35:1, 35:12
**ten** [1] - 7:23
**terms** [3] - 20:10, 21:15, 37:21
**terrorism** [4] - 19:20, 23:22, 36:16, 37:7
**terrorist** [12] - 3:17, 17:10, 17:20, 17:22, 17:23, 18:11, 18:13, 19:19, 22:4, 22:15, 36:8, 38:17
**terrorists** [1] - 24:1
**tested** [1] - 24:6
**testified** [5] - 19:11, 19:23, 22:13, 23:18, 28:17
**testify** [1] - 30:21
**testifying** [2] - 4:1, 18:18
**testimony** [10] - 4:7, 4:14, 4:25, 5:13, 9:4, 14:21, 16:22, 17:2, 18:22, 19:24
**Thailand** [1] - 5:19
**THE** [30] - 1:1, 1:2, 2:2, 2:8, 2:10, 2:15, 2:21, 3:1, 3:7, 3:10,

4:20, 7:6, 9:9, 9:16, 19:2, 19:7, 21:18, 21:21, 21:24, 22:17, 23:1, 26:17, 30:16, 34:10, 34:14, 34:16, 35:17, 35:22, 35:25, 39:25
**theory** [1] - 38:17
**therefore** [2] - 2:24, 23:7
**thinking** [1] - 14:9
**thinks** [1] - 39:18
**three** [4] - 10:16, 14:18, 22:7, 22:19
**throughout** [2] - 23:23, 24:12
**throwing** [1] - 11:22
**Thulasi** [1] - 11:8, 11:22, 12:2, 16:2
**Tiger** [1] - 7:15
**Tigers** [4] - 17:10, 22:4, 36:15, 38:16
**Tio** [2] - 11:9, 11:12
**tired** [1] - 11:22
**today** [2] - 17:22, 29:13
**together** [1] - 20:20
**tons** [1] - 31:5
**took** [7] - 5:14, 6:12, 11:12, 11:13, 15:20, 18:9
**tortious** [1] - 26:24
**touch** [1] - 8:23
**trade** [2] - 38:4
**traffic** [1] - 13:18
**transcript** [1] - 41:2
**travel** [1] - 10:24
**treatment** [2] - 20:7, 39:9
**trial** [13] - 3:3, 4:2, 8:5, 9:20, 12:10, 14:20, 15:19, 17:7, 18:21, 20:24, 22:12, 31:20, 36:14
**tried** [3] - 6:6, 15:2, 37:12
**trip** [1] - 16:16
**trips** [3] - 5:16, 5:17
**true** [1] - 41:6
**truly** [1] - 30:24
**trust** [1] - 11:22
**try** [1] - 4:10
**trying** [5] - 5:14, 6:21, 8:7, 20:19, 28:7
**turn** [1] - 6:15
**twice** [1] - 16:11
**twin** [1] - 31:22
**two** [18] - 3:19, 3:23, 3:25, 4:5, 6:9, 7:6, 9:1, 10:14, 11:19,

19:8, 19:25, 20:2, 22:17, 22:22, 23:2, 27:15, 31:22, 39:4
**two-level** [7] - 3:23, 3:25, 7:6, 9:1, 19:25, 20:2, 23:2
**type** [2] - 5:8, 16:13, 25:11, 25:16, 32:24
**types** [1] - 27:15

## U

**U.S** [1] - 23:14
**U.S.S** [1] - 24:2
**ugly** [4] - 29:23, 29:24, 30:1
**UK** [1] - 29:1
**ultimately** [2] - 20:11, 24:25
**UN** [1] - 35:7
**unbeknownst** [1] - 12:5
**under** [8] - 3:18, 3:20, 9:2, 15:20, 20:1, 20:7, 36:2, 38:16
**undercover** [9] - 6:15, 6:23, 7:3, 12:9, 12:15, 12:23, 14:3, 15:8, 16:5
**unfortunate** [3] - 18:23, 18:24, 37:1
**unfortunately** [1] - 28:8
**Union** [1] - 29:10
**UNITED** [2] - 1:1, 1:4
**United** [21] - 1:12, 2:5, 2:23, 6:6, 13:11, 13:20, 17:9, 18:8, 28:18, 28:22, 28:24, 29:1, 29:4, 29:9, 29:15, 30:10, 30:11, 31:4, 32:18, 41:3, 41:5
**university** [2] - 31:23, 31:24
**unless** [2] - 34:4, 39:7
**unrelated** [2] - 39:23, 39:24, 40:8
**unsophisticated** [1] - 11:3
**unsuccessful** [2] - 6:8, 21:12
**up** [10] - 9:22, 11:6, 13:16, 15:20, 17:21, 21:7, 31:2, 33:11, 33:15
**updates** [1] - 6:19
**upper** [1] - 25:23
**upward** [7] - 3:24,

3:25, 9:2, 18:17, 19:25, 20:2, 20:22
**urgency** [1] - 26:10
**urging** [1] - 25:7
**useful** [1] - 25:19

## V

**Varatharasa** [7] - 7:14, 7:21, 8:22, 25:2, 38:13, 38:15, 38:24
**variety** [1] - 37:13
**various** [3] - 5:25, 6:13, 6:14
**verdict** [1] - 3:6
**versus** [1] - 2:5
**vessels** [3] - 23:25, 28:6, 28:7
**vests** [1] - 24:4
**Vietnam** [1] - 34:22
**Violations** [1] - 29:4
**violator** [1] - 28:21
**violence** [1] - 36:16
**voluntarily** [1] - 37:16
**VS** [1] - 1:5
**vs** [1] - 41:3

## W

**walking** [1] - 12:22
**War** [5] - 28:5, 28:6, 29:24, 34:22, 34:23
**war** [36] - 18:3, 23:16, 26:4, 26:20, 26:21, 26:25, 27:2, 27:4, 27:5, 27:7, 27:24, 28:2, 28:8, 28:13, 29:6, 29:7, 29:23, 30:1, 30:3, 30:4, 32:14, 32:24, 34:19, 34:20, 34:21, 35:5, 37:3, 37:4, 37:7
**warranted** [2] - 20:23, 20:25, 21:14
**wars** [1] - 29:23
**Warwick** [9] - 1:19, 2:3, 2:16, 4:3, 17:16, 19:12, 20:15, 23:10, 26:17
**WARWICK** [12] - 2:4, 2:18, 2:22, 3:2, 3:9, 4:4, 4:24, 7:8, 19:6, 23:11, 35:3, 39:20
**washing** [1] - 32:2
**Watch** [1] - 28:25
**waters** [1] - 7:11
**waves** [1] - 23:22
**ways** [1] - 22:19,

37:13
**weapons** [21] - 3:21, 5:6, 5:19, 5:22, 5:25, 6:11, 6:22, 7:16, 9:5, 11:14, 24:19, 24:25, 25:20, 26:10, 26:15, 27:2, 36:8, 36:20, 36:23, 38:18
**wearing** [1] - 32:4
**wears** [1] - 32:3
**whatsoever** [1] - 33:1
**whole** [8] - 9:23, 13:4, 13:7, 13:8, 14:12, 18:8, 18:23, 19:24
**wife** [6] - 18:21, 30:20, 31:7, 31:8, 31:15, 32:1
**willfully** [1] - 19:23
**William** [2] - 1:22, 2:11
**willing** [2] - 22:21, 36:21
**wisdom** [1] - 36:12
**wish** [1] - 34:8
**witness** [3] - 26:1, 26:2, 28:17
**word** [4] - 24:7, 32:11, 33:7
**World** [4] - 28:5, 29:24, 34:22, 34:23
**world** [3] - 23:23, 24:5, 30:12
**Wotulo** [7] - 7:10, 8:21, 12:4, 14:7, 20:14, 20:16, 20:17
**written** [3] - 16:21, 16:23, 16:25
**Wyoduno** [2] - 6:5, 6:9

## Y

**Yasser** [1] - 1:19
**year** [2] - 30:13, 33:4
**yearly** [1] - 28:20
**years** [6] - 14:18, 16:18, 18:7, 31:23, 32:25, 39:4
**Yemeni** [1] - 24:1
**youngest** [1] - 31:17